# EXHIBIT A

# EXHIBIT A

## MICHAEL WEGMAN

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| UMG Recordings, Inc. | DMX | Stop Being Greedy | It's Dark And Hell Is Hot | 252-613 |
| Loud Records LLC | Mobb Deep | Quiet Storm | Murda Muzik | 293-229 |
| BMG Music | Tyrese | Just a Baby Boy | 2000 Watts | 293-345 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Brown Eyes | Survivor | 289-199 |
| BMG Music | SWV | Can We | Release Some Tension | 249-300 |
| Priority Records LLC | NWA | Dopeman | Straight Outta Compton | 150-531 |