| User | Filename | Size | Media Type | Artist |
|---|---|---|---|---|
| magicaltreez@KaZaA | AlbumArt_{D33981ED-F30B-40A5-8D56-E61EE0489C85}_... | 10KB | Image | Unknown |
| magicaltreez@KaZaA | AlbumArt_{D33981ED-F30B-40A5-8D56-E61EE0489C85}_... | 2KB | Image | Unknown |
| magicaltreez@KaZaA | desktop.ini | 0KB | | Unknown |
| magicaltreez@KaZaA | (04).Sheryl Crow - The First Cut Is The Deepest.wma | 2,270KB | Audio | Cheryl Crow |
| magicaltreez@KaZaA | Jon B - They Don't Know.mp3 | 4,296KB | Audio | Jon B |
| magicaltreez@KaZaA | Juvenile_The UTP Playas-07-Molla Clap.wma | 4,323KB | Audio | Juvenile |
| magicaltreez@KaZaA | Mr. Cheeks - Lights, Camera, Action.mp3 | 6,296KB | Audio | Mr. Cheeks |
| magicaltreez@KaZaA | Play n Skillz- Freaks.mp3 | 8,505KB | Audio | Play n Skillz |
| magicaltreez@KaZaA | RB-Tyrese -sweet lady.mp3 | 3,026KB | Audio | Tyrese |
| magicaltreez@KaZaA | Three Six Mafia - Slob On My Knob.mp3 | 1,862KB | Audio | Three 6 Mafia |
| magicaltreez@KaZaA | Tyrease- Lately.mp3 | 3,127KB | Audio | Tyrease |
| magicaltreez@KaZaA | 02-jkwon-hood_hop.mp3 | 5,934KB | Audio | J-Kwon |
| magicaltreez@KaZaA | Akon - Belly Dancer.mp3 | 5,714KB | Audio | Akon |
| magicaltreez@KaZaA | Mobb Deep - Getaway.mp3 | 3,440KB | Audio | Mobb Deep |
| magicaltreez@KaZaA | Baby Face_Usher - Bedtime.mp3 | 4,460KB | Audio | Usher |
| magicaltreez@KaZaA | aa- Da Band - My Life.mp3 | 4,677KB | Audio | Da Band |
| magicaltreez@KaZaA | Drop It Like Its Hot (1).mp3 | 3,787KB | Audio | Snoop Dogg |
| magicaltreez@KaZaA | Project Pat - 09 - So High.mp3 | 6,392KB | Audio | Project_Pat |
| magicaltreez@KaZaA | Elliot Ness - My Hood.mp3 | 4,204KB | Audio | Ness |
| magicaltreez@KaZaA | Coldplay - Parachutes - 04 - Sparks.mp3 | 3,552KB | Audio | Coldplay |
| magicaltreez@KaZaA | sleepin music.kpl | 5KB | | Unknown |
| magicaltreez@KaZaA | Amanda Perez - Never.mp3 | 4,034KB | Audio | Amanda Perez |
| magicaltreez@KaZaA | 3 Doors Down - 06 - Here Without You - simplemp3s.mp3 | 5,596KB | Audio | 3 Doors Down |
| magicaltreez@KaZaA | Boys - 2 - Men - Its So Hard To Say Goodbye To Yesterday... | 2,668KB | Audio | Boyz II Men |
| magicaltreez@KaZaA | Tyrese - 06 - signs of love makin - simplemp3s.mp3 | 5,767KB | Audio | Tyrese |
| magicaltreez@KaZaA | destinys_child_15 __dangerously_in_love.mp3 | 4,790KB | Audio | Destinys Child |
| magicaltreez@KaZaA | Jagged Edge - Goodbye.mp3 | 4,273KB | Audio | Jaged Edge |
| magicaltreez@KaZaA | Jagged Edge - Promise.mp3 | 3,870KB | Audio | jagged edge |
| magicaltreez@KaZaA | 01 Jagged Edge-Walked outta heaven radio edit dvnp... | 5,394KB | Audio | Jagged Edge |

Found 738 files

**Kazaa - [Search]**

File | View | Player | Tools | Actions | Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | ThaliaFeatFatJoe-IWantYou.mp3 | Thalia feat fat joe | 6,585KB | Audio |
| magicaltreez@KaZaA | Pink Floyd - Hey you.mp3 | Pink Floyd | 3,874KB | Audio |
| magicaltreez@KaZaA | mine.kpl | Unknown | 2KB | |
| 2 Users | DaBand - Why.mp3 | Da Band | 6,532KB | Audio |
| magicaltreez@KaZaA | RKelly-DownLow.mp3 | rkelly | 4,504KB | Audio |
| magicaltreez@KaZaA | justin.kpl | Unknown | 2KB | |
| magicaltreez@KaZaA | .kpl | iarule | 2KB | |
| magicaltreez@KaZaA | (04) Isley Brothers - Body Kiss ft. Lil Kim.wma | Isley Brothers | 2,399KB | Audio |
| magicaltreez@KaZaA | Lost Boyz - Renee.mpg | Lost Boys | 81,085KB | Video |
| magicaltreez@KaZaA | The Sundays - White Horses.MP3 | The Sundays | 4,446KB | Audio |
| magicaltreez@KaZaA | Britney Spears - Sometimes.mp3 | Britney Spears | 3,822KB | Audio |
| magicaltreez@KaZaA | Aliyah- Four Page Letter (1).mp3 | Aaliyah | 4,303KB | Audio |
| magicaltreez@KaZaA | sarahhhh.kpl | Fountains Of Wayne | 1KB | |
| magicaltreez@KaZaA | B2k - What A Girl Wants (1).mp3 | B2k | 4,356KB | Audio |
| magicaltreez@KaZaA | Hoobastank - The Reason.wma | Hoobastank | 2,302KB | Audio |
| magicaltreez@KaZaA | sarahs fav.kpl | The Sundays | 1KB | |
| magicaltreez@KaZaA | 19-freeway_feat.mp3 | State Property | 4,718KB | Audio |
| magicaltreez@KaZaA | Gangsta Nation (4).wma | West Side Connection | 3,229KB | Audio |
| magicaltreez@KaZaA | sarah (1).kpl | georges moustaki | 0KB | |
| magicaltreez@KaZaA | blues_traveler-regarding_steven.mp3 | Blues Traveler | 4,406KB | Audio |
| magicaltreez@KaZaA | Sarah's Wedding Songs.kpl | Wedding Songs | 7KB | |
| magicaltreez@KaZaA | AZ - Problems.mp3 | Az | 5,820KB | Audio |
| magicaltreez@KaZaA | Linkin Park - Pushing Me Away (1).mp3 | Linkin Park | 4,484KB | Audio |
| magicaltreez@KaZaA | RKelly (feat.KeithMurray) - HomeAlone.mp3 | RKelly (feat.KeithMurray) | 5,840KB | Audio |
| magicaltreez@KaZaA | Nappy Roots - Sick And Tired.wma | Nappy Roots | 3,090KB | Audio |
| magicaltreez@KaZaA | let the led out.kpl | Led Zeplin | 1KB | |
| magicaltreez@KaZaA | Coldplay - Trouble (1).mp3 | Coldplay | 3,174KB | Audio |
| magicaltreez@KaZaA | alicia keys you dont know my name.mp3 | Alicia Keys | 3,667KB | Audio |
| magicaltreez@KaZaA | DMX - Get On The Floor feat Swizz Beatz.mp3 | DMX | 3,091KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

# Kazaa Search

File | View | Player | Tools | Actions | Help

Web | My Kazaa | Theater | New search | My Download | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | DMX - Get It On The Floor feat. Swizz Beatz.mp3 | DMX | 3,081KB | Audio |
| magicaltreez@KaZaA | Crystalz.kpl | Unknown | 1KB | |
| magicaltreez@KaZaA | Murphy Lee F. JD- What da Hook gonna Be.mp3 | Murphy Lee f. JD | 3,532KB | Audio |
| magicaltreez@KaZaA | Tupac - Two Of Amercaz Most Wanted.mp3 | 2Pac | 3,858KB | Audio |
| magicaltreez@KaZaA | Capone and Norega - Iraq (See The World).mp3 | Capone -N- Noreaga | 5,211KB | Audio |
| magicaltreez@KaZaA | IndianFlute.mp3 | Timbaland_Magoo | 2,463KB | Audio |
| magicaltreez@KaZaA | sarahs shyt.kpl | Ja Rule | 2KB | |
| magicaltreez@KaZaA | Sum41- Never Wake Up.mp3 | Sum 41 | 776KB | Audio |
| magicaltreez@KaZaA | J-Kwon-tipsy-hood hop.mp3 | J-Kwon | 7,209KB | Audio |
| magicaltreez@KaZaA | Raekwon- The Hood Ft Tiffany Villarreal.wma | Raekwon Ft Tiffany Villare… | 3,574KB | Audio |
| magicaltreez@KaZaA | Primer 55 - Get Loose.mp3 | Primer 55 | 2,890KB | Audio |
| magicaltreez@KaZaA | JS - Love Angel.mp3 | JS | 4,325KB | Audio |
| magicaltreez@KaZaA | Everytime.wma | Britney Spears | 3,702KB | Audio |
| magicaltreez@KaZaA | 04-r_kelly-ill_never_leave-0mni.mp3 | R. Kelly | 5,279KB | Audio |
| magicaltreez@KaZaA | ron isley, r. kelly, shante moore-contagious.mp3 | R, Kelly | 3,202KB | Audio |
| magicaltreez@KaZaA | ATL - Make It Up With Love.mp3 | ATL | 8,582KB | Audio |
| magicaltreez@KaZaA | Benefit - So sick(1).mp3 | 3 | 2,805KB | Audio |
| magicaltreez@KaZaA | RB - Emerging Artists.kpl | Unknown | 0KB | |
| magicaltreez@KaZaA | 11 - G.A.M.E.mp3 | State Property 2003 | 2,844KB | Audio |
| magicaltreez@KaZaA | juvenile - slow motion (8).wma | Juvenile | 3,919KB | Audio |
| magicaltreez@KaZaA | Usher-confessions-burn.mp3 | Usher | 3,504KB | Audio |
| magicaltreez@KaZaA | camron- get em girls no dj (0).mp3 | Cam'ron | 2,009KB | Audio |
| magicaltreez@KaZaA | Bob Seger - Sunspot Baby.mp3 | Bob Seger | 4,380KB | Audio |
| magicaltreez@KaZaA | eminem-unknow-bully.mp3 | eminem | 5,636KB | Audio |
| magicaltreez@KaZaA | Easy Listening - Whitney Houston - Wind Beneath My Wing… | c | 2,750KB | Audio |
| magicaltreez@KaZaA | game over (2).mp3 | Lil' Flip | 3,749KB | Audio |
| magicaltreez@KaZaA | Lloyd ft Ashanti - Southside .wma | Ashanti | 4,216KB | Audio |
| magicaltreez@KaZaA | Staind-So Far Away.wma | Staind | 1,939KB | Audio |
| magicaltreez@KaZaA | Staind-Bad Rain (acoustic).Mp3 | Staind | 2,668KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

**Kazaa - Search**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Staind - Black Rain (acoustic).Mp3 | Staind | 2,688KB | Audio |
| magicaltreez@KaZaA | staind - Outside (acoustic).mp3 | Staind | 7,181KB | Audio |
| magicaltreez@KaZaA | Stained - Outside (realy version).mp3 | Staind | 4,573KB | Audio |
| magicaltreez@KaZaA | T.I. - Rubber Band Man.wma | TI | 2,748KB | Audio |
| magicaltreez@KaZaA | 1avant~don't take ur love away.mp3 | Avant | 3,286KB | Audio |
| magicaltreez@KaZaA | twistaovernightceleb.mp3 | Twista ft. Kanye West | 7,303KB | Audio |
| magicaltreez@KaZaA | 04 All Falls Down.wma | Kanye West | 3,534KB | Audio |
| magicaltreez@KaZaA | hip hop-blackrob-like whoa.mp3 | hip hop | 2,814KB | Audio |
| magicaltreez@KaZaA | kanye west = jesus walks.mp3 | kanye west | 1,324KB | Audio |
| magicaltreez@KaZaA | kayne west-all falls down.mp3 | Kanye West | 5,160KB | Audio |
| magicaltreez@KaZaA | Usher-confessions-confessions- part 1.mp3 | Usher | 3,292KB | Audio |
| magicaltreez@KaZaA | 05-usher-confessions_part_ji-esc.mp3 | Usher | 5,323KB | Audio |
| magicaltreez@KaZaA | Evenscence - Away From Me.mp3 | Evenescence | 3,296KB | Audio |
| magicaltreez@KaZaA | On Fire.mp3 | Loyd Banks | 3,652KB | Audio |
| magicaltreez@KaZaA | evenscence-immortal good version.mp3 | Evanescence | 4,252KB | Audio |
| magicaltreez@KaZaA | imature - constantly (1).mp3 | Immature | 3,951KB | Audio |
| magicaltreez@KaZaA | Immature - I Don't Mind.mp3 | Immature | 4,152KB | Audio |
| magicaltreez@KaZaA | Immature- Don't Break My Heart.wma | Immature | 4,249KB | Audio |
| magicaltreez@KaZaA | 05-Track-05.mp3 | U2 | 1,645KB | Audio |
| magicaltreez@KaZaA | 03 - Lipstick.mp3 | Cassidy | 3,531KB | Audio |
| magicaltreez@KaZaA | Usher - Burn.mp3 | Usher | 6,103KB | Audio |
| magicaltreez@KaZaA | 05 Loving Your Best Friend.wma | Da Band | 2,058KB | Audio |
| magicaltreez@KaZaA | Da Band - I Like Your Style.mp3 | Da Band | 4,436KB | Audio |
| magicaltreez@KaZaA | hold me down-too hot for tv_da band.mp3 | da band | 1,579KB | Audio |
| magicaltreez@KaZaA | El Paso latin oldies - darling baby.mp3 | Da Band | 2,448KB | Audio |
| magicaltreez@KaZaA | da brat - in love wit chu.mp3 | Da Band | 5,934KB | Audio |
| magicaltreez@KaZaA | my enemies-hood hop_J-KWON 12.mp3 | J-Kwon | 2,202KB | Audio |
| magicaltreez@KaZaA | Da Band - Get The Damn Cheesecake.mp3 | Da Band | 2,463KB | Audio |
| magicaltreez@KaZaA | Bad Boy's Da Band - Tonight (1).mp3 | Bad Boy's Da Band | 2,864KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Bad Boy's Da' Band - Tonight (1).mp3 | Bad Boy's Da' Band | 2,964KB | Audio |
| magicaltreez@KaZaA | (02) Da Band - My Life.wma | Da Band | 2,930KB | Audio |
| magicaltreez@KaZaA | Drop It Like Its Hot.mp3 | Snoop Dogg | 6,330KB | Audio |
| magicaltreez@KaZaA | getting ready.kpl | Da Band | 3KB | Audio |
| 2 Users | Nelly Ft Tim McGraw - Over and Over.mp3 | Nelly | 6,074KB | Audio |
| magicaltreez@KaZaA | 06-jadakiss-why_(feat_anthony_hamilton)-rns.mp3 | Jadakiss | 6,708KB | Audio |
| magicaltreez@KaZaA | Amanda_Perez - I Pray.mp3 | Amanda Perez | 6,116KB | Audio |
| magicaltreez@KaZaA | Ill be Comming Home (Kanye West).wma | Kanye West | 3,854KB | Audio |
| magicaltreez@KaZaA | Ashanti - Rock Wit U15.mp3 | Ashanti | 3,414KB | Audio |
| magicaltreez@KaZaA | Jadakiss - By Your Side.mp3 | Jadakiss | 5,055KB | Audio |
| magicaltreez@KaZaA | kimmyg.kpl | Usher ft Alicia keys | 4KB | Audio |
| magicaltreez@KaZaA | Lil Jon Twista Trick Daddy - Lets Go.wma | Lil Jon Twista Trick Daddy | 3,579KB | Audio |
| magicaltreez@KaZaA | Akon-ghetto.mp3 | akon | 2,846KB | Audio |
| magicaltreez@KaZaA | Akon feat.mp3 | Akon feat. Obie Trice | 3,956KB | Audio |
| magicaltreez@KaZaA | 08-akon-lonely-mad.mp3 | Akon | 5,524KB | Audio |
| magicaltreez@KaZaA | 1_.kpl | 50 Cent | 0KB | Audio |
| magicaltreez@KaZaA | Snoop Doggy dog and Dr. dre- its like this and that.mp3 | Dr. Dre and Snoop Dogg | 3,453KB | Audio |
| magicaltreez@KaZaA | J-Po.kpl | 2pac | 2KB | Audio |
| magicaltreez@KaZaA | 2pac- Death Around The Corner.mp3 | Tupac | 7,723KB | Audio |
| magicaltreez@KaZaA | Rocky.kpl | Unknown | 2KB | Audio |
| magicaltreez@KaZaA | Da Band- Babs.mp3 | Babs | 2,098KB | Audio |
| magicaltreez@KaZaA | BABY A.K.A DA #1 STUNNA-BIRDMAN CD1--What Happen... | BABY A.K.A DA #1 STUN... | 4,025KB | Audio |
| magicaltreez@KaZaA | 15-b_i_g_ft_50cent_emienm-realest_nigga(remix)-wcr.mp3 | 50 Cent feat. Biggie, Emi... | 7,156KB | Audio |
| magicaltreez@KaZaA | Kanye West - Through the Wire.mp3 | Kanye West | 2,025KB | Audio |
| magicaltreez@KaZaA | 50 Cent-GET RICH OR DIE TRYIN-High All The Time.mp3 | 50 Cent | 4,957KB | Audio |
| magicaltreez@KaZaA | Rome - I Belong To You.mp3 | Rome | 4,269KB | Audio |
| magicaltreez@KaZaA | cassidy SPLIT PERSONALITY Get No Better-osc.mp3 | Cassidy | 12,177KB | Audio |
| magicaltreez@KaZaA | RAP-Lil Zane - Lil Wayne - Ride on Them.mp3 | Lil Zane | 3,894KB | Audio |
| magicaltreez@KaZaA | Lil Zane-Die Famous.mp3 | Lil Zane | 4,164KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend
New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Lil Zane - Die Famous.mp3 | Lil Zane | 4,644KB | Audio |
| magicaltreez@KaZaA | Fat_joe-10-all_i_need-whoa.mp3 | Fat Joe | 6,530KB | Audio |
| magicaltreez@KaZaA | 01-da_brat_-_da_brat_-_in_love_wit_chu_(so_so_def_rem... | Da Brat | 5,908KB | Audio |
| magicaltreez@KaZaA | 08 - Beautiful - (featuring Pharrell-Uncle Charlie Wilson).m... | Snoop Dogg | 3,560KB | Audio |
| magicaltreez@KaZaA | Spice Girls - Wannabe.mp3 | Spice Girls | 2,734KB | Audio |
| magicaltreez@KaZaA | ILL Rap_____Biggie Small-One More Chanc.mp3 | The Notorious B.I.G | 3,646KB | Audio |
| magicaltreez@KaZaA | Biggie Smalls_Eminem - Dead Wrong.mp3 | Notorious B.I.G. f. Eminem | 3,484KB | Audio |
| magicaltreez@KaZaA | Copy of (Genuwine) - So Anxious.mp3 | Ginuwine | 3,746KB | Audio |
| magicaltreez@KaZaA | DIWALI RIDDIM - Sean Paul - Get Busy.mp3 | Sean Paul | 3,357KB | Audio |
| magicaltreez@KaZaA | Bone Thugs N Harmony_Biggie - Notorious Thugz.mp3 | Bone Thugs N Harmony ... | 5,044KB | Audio |
| magicaltreez@KaZaA | Akinyele-Put It in my mouth.mp3 | Lil'Kim | 2,376KB | Audio |
| magicaltreez@KaZaA | Nas_-_07_-_Gods_Son_-_I_Can.mp3 | Nas | 5,948KB | Audio |
| magicaltreez@KaZaA | Ashanti - baby.mp3 | Ashanti | 2,076KB | Audio |
| magicaltreez@KaZaA | frankie j - don't wanna try (1).mp3 | Frankie J | 5,790KB | Audio |
| magicaltreez@KaZaA | Keepin it gangsta_Misc.mp3 | Fabolous | 3,518KB | Audio |
| magicaltreez@KaZaA | Tyrese - Act Like That (1) (1).mp3 | Tyrese | 6,907KB | Audio |
| magicaltreez@KaZaA | Rap-Project Pat - Chicken head.mp3 | Project Pat Feat 36 Mafia | 3,892KB | Audio |
| magicaltreez@KaZaA | Freeway, Young Gunz Rocafell -- Freestyle.mp3 | Young Guns ft Freeway | 3,439KB | Audio |
| magicaltreez@KaZaA | Marques_Batman_Houston - That Girl.mp3 | Marques Houston | 3,494KB | Audio |
| magicaltreez@KaZaA | Usher - 8701 - 12 - How Do I Say.mp3 | Usher | 5,297KB | Audio |
| magicaltreez@KaZaA | R., Kelly - Bump and Grind.mp3 | R., Kelly | 4,002KB | Audio |
| magicaltreez@KaZaA | Ginuwine - Pony.mp3 | Genuwine | 5,081KB | Audio |
| magicaltreez@KaZaA | Wayne Wonder - No Letting Go.mp3 | Wonder, Wayne | 3,186KB | Audio |
| magicaltreez@KaZaA | 05Ginuwine - 05 - In Those Jeans - simplemp3s.mp3 | Ginuwine | 5,707KB | Audio |
| magicaltreez@KaZaA | 702 Feat. Pharrell Williams - I Still Love You.mp3 | 702 | 3,804KB | Audio |
| magicaltreez@KaZaA | Got Somebody- Elephant Man, Bounty Killah, Wayne Wond... | wayne wonder feat boun... | 3,371KB | Audio |
| magicaltreez@KaZaA | killer mike - adidas.mp3 | Killer Mike F/ Outkast | 4,916KB | Audio |
| magicaltreez@KaZaA | Stan By Eminem ft Dido.mp3 | Eminem | 9,458KB | Audio |
| magicaltreez@KaZaA | Field Mob - Tired of Being Lonly.mp3 | Field Mob | 3,640KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,812,766 Files (36,219,904 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | My Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Field Mob - Tired Of Being Lonly.mp3 | Field Mob | 3,640KB | Audio |
| 2 Users | Amanda Perez - Angel (2).mp3 | Amanda Perez | 3,443KB | Audio |
| magicaltreez@KaZaA | Field Mob feat YB - Sick of being lonely (album Verson Real)... | Field Mob | 3,962KB | Audio |
| magicaltreez@KaZaA | Spice Girls - Mama.mp3 | Spice Girls | 4,766KB | Audio |
| magicaltreez@KaZaA | Bizzy Bone - Weed and a lighter.mp3 | Bone Thugs N Harmony | 3,335KB | Audio |
| magicaltreez@KaZaA | Home (Feat.mp3 | Bone Thugs n' Harmony | 4,972KB | Audio |
| magicaltreez@KaZaA | 50 Cents - Rowdy Rowdy (1).mp3 | 50 cent ft. g unit | 3,439KB | Audio |
| magicaltreez@KaZaA | stagga lee.mp3 | Stagga Lee | 2,312KB | Audio |
| magicaltreez@KaZaA | Copy of Foxy Brown - Ill Nana.mp3 | Foxxy Brown | 2,911KB | Audio |
| magicaltreez@KaZaA | Copy of Foxy Brown with Jay-Z - I'll Be Good.mp3 | Foxxy Brown _Jay Z | 2,791KB | Audio |
| magicaltreez@KaZaA | Copy of Foxybrown-hot spot.mp3 | Foxy Brown | 2,697KB | Audio |
| magicaltreez@KaZaA | Tupac_Snoop Dogg- Two Of Americas Most Wanted.mp3 | 2Pac | 3,859KB | Audio |
| magicaltreez@KaZaA | Dru Hill - 5 Steps.mp3 | Dru Hill | 5,363KB | Audio |
| magicaltreez@KaZaA | Copy of Gimmie The Light.mp3 | sean paul | 3,578KB | Audio |
| magicaltreez@KaZaA | Copy of I Get High Styles P.mp3 | Styles P | 3,524KB | Audio |
| magicaltreez@KaZaA | Copy of ja rule ft. ashanti -mesmerize.mp3 | Jarule ft. ashanti | 4,356KB | Audio |
| magicaltreez@KaZaA | Avant - Seperated.mp3 | Avant | 4,895KB | Audio |
| magicaltreez@KaZaA | isyss-01-single_for_the_rest_of_my_life_(main)-gsm.mp3 | Isyss | 3,612KB | Audio |
| magicaltreez@KaZaA | All for One - I Swear.mp3 | All for One | 1,765KB | Audio |
| magicaltreez@KaZaA | KeKeWyatt-NothingInThisWorld.mp3 | Keke Wyatt w/ Avant | 1,458KB | Audio |
| magicaltreez@KaZaA | Kriss Kross - Jump.mp3 | Kris Kross | 2,696KB | Audio |
| magicaltreez@KaZaA | Copy of Justin Timberlake - Justified - 05 - Cry Me A River... | Justin Timberlake | 2,860KB | Audio |
| magicaltreez@KaZaA | Copy of Juvenile, DMX, Jay-z, Ja Rule, Eve, Missy - Back T... | Juvenile | 4,696KB | Audio |
| magicaltreez@KaZaA | Copy of LL Cool J - Luv U Better.mp3 | LL Cool J | 3,734KB | Audio |
| magicaltreez@KaZaA | Copy (3) of (10) Smilez And Southstar - Tell Me.mp3 | Smilez And Southstar | 4,358KB | Audio |
| magicaltreez@KaZaA | 50 cents - Nobody Likes Me.mp3 | 50 cent | 3,040KB | Audio |
| magicaltreez@KaZaA | 50 Cent feat. Lil Kim - Magic Stick.mp3 | 50 Cent Feat. Lil Kim | 4,789KB | Audio |
| magicaltreez@KaZaA | Eminem - Criminal.mp3 | Eminem | 7,458KB | Audio |
| magicaltreez@KaZaA | Copy of Mutant x TV ad.mp3 | TV ad | 2,868KB | Audio |

2,057,004 users online, sharing 1,227,842,766 Files (36,219,904 GB) | Not sharing any files

Found 738 files

Kazaa Search

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Copy of Mutant X - Twiztid.mp3 | Twiztid | 2,868KB | Audio |
| magicaltreez@KaZaA | Copy of Nore Love Ya Moms.mp3 | Nore | 3,726KB | Audio |
| magicaltreez@KaZaA | Kriss Kross - I Missed The Bus.mp3 | Kriss Kross | 2,772KB | Audio |
| magicaltreez@KaZaA | Copy of RB SLOW-Brian Mcnight - The Only One For Me.... | Brain McKnight | 3,632KB | Audio |
| magicaltreez@KaZaA | Keith Sweat - Nobody.mp3 | Keith Sweat | 3,616KB | Audio |
| magicaltreez@KaZaA | Copy of Crazy Bone, Thug Girl, and Bizzy Bone_Getto Cow... | Bone Thugs-n-harmony | 4,228KB | Audio |
| magicaltreez@KaZaA | Capone_Norega- Bang Bang.mp3 | Noreaga | 4,194KB | Audio |
| 2 Users | Joe Budden-Pump it up.mp3 | Joe Budden | 3,894KB | Audio |
| magicaltreez@KaZaA | Genuwine-7-Love You More.mp3 | Ginuwine | 5,659KB | Audio |
| magicaltreez@KaZaA | DMX - RuffRyders Anthym (Remix).mp3 | DMX and Ruff Ryders | 3,632KB | Audio |
| magicaltreez@KaZaA | Copy of (13) Eminem - Superman.mp3 | Eminem | 2,738KB | Audio |
| magicaltreez@KaZaA | Copy of (Rap).Trick Daddy ft Trina - Nann Nigga (dirty vers... | Trick Daddy | 3,531KB | Audio |
| magicaltreez@KaZaA | Freeway  Peedi Crack - Everything I Love.mp3 | Freeway | 1,919KB | Audio |
| magicaltreez@KaZaA | Copy of 06-Aaliyah -I Care 4 U.mp3 | Aaliya | 3,224KB | Audio |
| magicaltreez@KaZaA | DMX - Stop Being Greedy.mp3 | DMX | 3,384KB | Audio |
| magicaltreez@KaZaA | 09-freeway-full_effect_feat_young_gunz-rns.mp3 | Freeway | 6,816KB | Audio |
| magicaltreez@KaZaA | Next - Too Close.mp3 | Next | 3,835KB | Audio |
| magicaltreez@KaZaA | Puff Daddy - Ill Be Missin You.mp3 | P Diddy | 4,354KB | Audio |
| magicaltreez@KaZaA | Jagged Egde_Run DMC - lets get married (remix) (2).mp3 | Jagged Edge | 3,476KB | Audio |
| magicaltreez@KaZaA | Crisqo - Bong Song (Parody).mp3 | Sisquo | 1,694KB | Audio |
| magicaltreez@KaZaA | 2Pac - Smoke Weed All Day.mp3 | TuPac, Eminem, Ice Cube,... | 3,964KB | Audio |
| magicaltreez@KaZaA | 02-freeway_oschino_and_neef-sun_dont_shine-rns.mp3 | State Property soundtrack | 3,980KB | Audio |
| magicaltreez@KaZaA | Copy of Amerie_Talkin To Me.mp3 | Amerie | 3,683KB | Audio |
| magicaltreez@KaZaA | Copy of avant - makin good love.mp3 | avant | 4,178KB | Audio |
| magicaltreez@KaZaA | Copy of Avril Lavigne - Let Go - 03 - Skater Boy.MP3 | Avril Lavigne | 3,191KB | Audio |
| magicaltreez@KaZaA | shake ya tail feather.mp3 | Nelly feat P. Diddy_Mur... | 2,504KB | Audio |
| magicaltreez@KaZaA | Copy of Better Dayz Thug Mansion 2Pac.mpga | Tupac(ft.Nas) | 5,794KB | Audio |
| magicaltreez@KaZaA | Sporty Thieves - No Pigeons.mpg | Sporty theives | 30,868KB | Video |
| magicaltreez@KaZaA | Tupac featuring Bumps | 2Pac, Jon B | 3,150KB | Audio |

2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB)  |  Not sharing any files

Found 738 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Tupac Feat. Jon B.mp3 | 2Pac_Jon B | 3,150KB | Audio |
| magicaltreez@KaZaA | LostBoys-Lex Coups, Beemers, and Benz.MP3 | Lost Boys | 4,295KB | Audio |
| magicaltreez@KaZaA | Noreaga feat. Neptunes- Superthug.mp3 | Capone and Noreaga ft. … | 4,497KB | Audio |
| magicaltreez@KaZaA | Booty Mix - Put Your Back Into It.mp3 | 69 Boyz | 1,866KB | Audio |
| magicaltreez@KaZaA | Dixie Chicks - Goodbye Earl (1).mp3 | Dixie Chicks | 4,049KB | Audio |
| 2 Users | Copy of Ray-Jay Feat Lil Kim - Wait a Minute.mp3 | Ray J. Feat. Lil' Kim | 3,200KB | Video |
| magicaltreez@KaZaA | R_Kelly-To_All_The_Homes_We_Lost_-_I_Wish_Remix-LiL_… | R. Kelly | 46,947KB | Video |
| magicaltreez@KaZaA | Shai - Freak me.mp3 | Keith Sweat | 4,316KB | Audio |
| magicaltreez@KaZaA | Vanilla Ice - Ice Ice Baby.mp3 | Vanilla Ice | 4,164KB | Audio |
| magicaltreez@KaZaA | Prince - When Doves Cry.mp3 | Prince | 5,531KB | Audio |
| magicaltreez@KaZaA | 69 Boys - Daisy Dukes.mp3 | 69 Boyz | 2,560KB | Audio |
| magicaltreez@KaZaA | biggie feat 50 cent.mp3 | 50 Cents f/ Biggie Smalls | 3,394KB | Audio |
| magicaltreez@KaZaA | Ludacris ft. LL Cool J - Fatty Girl (remix).mp3 | Ludacris | 3,084KB | Audio |
| magicaltreez@KaZaA | LLCoolJ ft. Total - Loungin' (rmx).mp3 | LL Cool J | 3,117KB | Audio |
| magicaltreez@KaZaA | Jon B - I Do.mp3 | Jon B | 4,465KB | Audio |
| magicaltreez@KaZaA | Big Pun - Its So Hard.mpeg | Big Pun F/Donell Jones | 45,619KB | Video |
| magicaltreez@KaZaA | Aaliyah feat. DMX - Come Back In One Piece.mpg | DMX and Aaliyah | 35,642KB | Video |
| magicaltreez@KaZaA | Weed Songs - Kermit the Frog and Big Bird - Stoned on Ses… | Weed Songs | 1,170KB | Audio |
| magicaltreez@KaZaA | cd1-16-chris_and_neef-cant_stop_wont_stop-0mni (1).mp3 | Young gunz | 4,845KB | Audio |
| magicaltreez@KaZaA | Jerzee Monet featuring DMX - Most High Remix.mp3 | Jerzee Monet and DMX | 3,847KB | Audio |
| magicaltreez@KaZaA | DMX - Slippin'.mp3 | DMX | 4,766KB | Audio |
| magicaltreez@KaZaA | 04-freeway-flipside_feat_peedi_crakk-rns.mp3 | Freeway | 5,550KB | Audio |
| magicaltreez@KaZaA | Ruff Ryders-DMX feat. Faith Evans - I Miss You.mpg | DMX ft. Faith Evans | 71,810KB | Video |
| magicaltreez@KaZaA | Faith Evans F. Carl Thomas and Shyne - Cant Belive.mp3 | Faith Evans _Carl Thomas | 4,420KB | Audio |
| magicaltreez@KaZaA | Fabulous_Ashanti - Into You.mp3 | Fabolous | 6,435KB | Audio |
| magicaltreez@KaZaA | RAP Parody - Sisco's - Mexican Thong Song.mp3 | Parodies | 1,260KB | Audio |
| magicaltreez@KaZaA | Notorious BIG - Juicy (1).mp3 | Notorious B.I.G. | 4,138KB | Audio |
| magicaltreez@KaZaA | Copy (3) of Akinelye-put it in ur mouth.mp3 | Akinyele | 3,165KB | Audio |
| magicaltreez@KaZaA | Beyonce - Me, Myself, and I.mp3 | Beyonce | 4,708KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Beyonce' - Me, Myself And I.mp3 | Beyonce | 4,708KB | Audio |
| magicaltreez@KaZaA | Beach Boys- Bermuda Bahama.mp3 | Beach Boys | 3,400KB | Audio |
| magicaltreez@KaZaA | Jaheim - 05 - Put That Woman First - Still Ghetto.mp3 | Jaheim | 3,842KB | Audio |
| magicaltreez@KaZaA | Jaheim - Jaheim - 12 'Anything' by Jaheim.mp3 | Jaheim Ft. Next | 3,366KB | Audio |
| magicaltreez@KaZaA | Nelly - 05 - Oh Nelly - simplemp3s.mp3 | Nelly | 4,748KB | Audio |
| magicaltreez@KaZaA | Master P-03-Ooohhhwee.mp3 | Master P | 3,990KB | Audio |
| magicaltreez@KaZaA | Selena - Bidi Bidi Bom Bom.mp3 | Selena | 2,463KB | Audio |
| magicaltreez@KaZaA | Lil Romeo - Lil Soldiers Need Love To.mp3 | Lil Romeo | 2,399KB | Audio |
| magicaltreez@KaZaA | (03) B2k - Why I Love You.mp3 | B2k | 1,882KB | Audio |
| magicaltreez@KaZaA | Copy (2) of Avril Lavigne - Let Go - 04 - Im With You.MP3 | Avril Lavigne | 3,499KB | Audio |
| magicaltreez@KaZaA | Numb.mpeg | Linkin Park | 31,498KB | Video |
| magicaltreez@KaZaA | Nelly - Air Force Ones featuring St.Lunatics.mp3 | Nelly | 4,752KB | Audio |
| magicaltreez@KaZaA | Nelly - 14 - The Gank - simplemp3s.mp3 | Nelly | 5,637KB | Audio |
| magicaltreez@KaZaA | Nelly - Splurge.mp3 | Nelly | 4,836KB | Audio |
| magicaltreez@KaZaA | Nelly - Batter Up.mp3 | Nelly Feat. St. Lunatics | 5,125KB | Audio |
| magicaltreez@KaZaA | Copy (2) of Big Tymers- #1 Stunner.mp3 | Big Tymers | 3,330KB | Audio |
| magicaltreez@KaZaA | Evanescence - Bring Me To Life - Daredevil 2.mp3 | Evanescence | 3,708KB | Audio |
| magicaltreez@KaZaA | Copy (2) of Black_Street-_No_Diggity.mp3 | Black Street feat. Dr. Dre | 3,643KB | Audio |
| magicaltreez@KaZaA | Eminem 50 cent-- Hail Mary.mp3 | eminem,50cent,busta rh... | 1,246KB | Audio |
| magicaltreez@KaZaA | Mya - My love is like wo -21stcentury.mp3 | Mya | 4,911KB | Audio |
| magicaltreez@KaZaA | Copy (3) of Amber - This Is Your Night.mp3 | Amber | 3,749KB | Audio |
| magicaltreez@KaZaA | 09-50_cent-i_smell_pussy-xmk.mp3 | 50 Cent | 6,503KB | Audio |
| magicaltreez@KaZaA | 11-50_cent-pimp-rns.mp3 | 50 Cent | 5,848KB | Audio |
| magicaltreez@KaZaA | Floetry - butterflies.mp3 | Floetry | 3,806KB | Audio |
| magicaltreez@KaZaA | Copy (3) of B2K.ft, P, Diddy - Bump, Bump, Bump.mp3 | B2K ft. P. Diddy | 5,503KB | Audio |
| magicaltreez@KaZaA | Floetry - Say Yes (1).mp3 | Floetry | 4,223KB | Audio |
| magicaltreez@KaZaA | Sir Mix Alot - I Like Big Butts.mp3 | Sir Mix Alot | 4,106KB | Audio |
| magicaltreez@KaZaA | Selina- Dreamin of You.mp3 | Selena | 3,681KB | Audio |
| magicaltreez@KaZaA | Ashanti- Rock with You.mp3 | Ashanti | 4,971KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Ashanti - Rock With You.mp3 | Ashanti | 4,971KB | Audio |
| magicaltreez@KaZaA | TLC - Creep.mp3 | TLC | 3,896KB | Audio |
| magicaltreez@KaZaA | Simple Plan- Addicted .MP3 | Simple Plan | 1,578KB | Audio |
| magicaltreez@KaZaA | Ludacris- Act a Fool.mp3 | Ludacris | 8,332KB | Audio |
| magicaltreez@KaZaA | Jc Chasez - Blowin' Me Up (With Her Love) (1).mp3 | Jc Chasez | 6,343KB | Audio |
| magicaltreez@KaZaA | 11-talib_kweli-get_by-swe.mp3 | Talib Kweli | 5,388KB | Audio |
| magicaltreez@KaZaA | (05) Daniel Bedingfield - If You're Not The One.wma | Daniel Bedingfield | 2,557KB | Audio |
| magicaltreez@KaZaA | 05-clipse-cot_damn-wcr.mp3 | Clipse | 7,058KB | Audio |
| magicaltreez@KaZaA | Smilez And SouthStar-Now That Your Gone.mp3 | Smilez And Southstar | 1,928KB | Audio |
| magicaltreez@KaZaA | tyreese - Have I Told You I Love You.mp3 | Tyrese | 3,600KB | Audio |
| magicaltreez@KaZaA | 03-youngbloodz-damn-cms (1).mp3 | Youngbloodz | 4,317KB | Audio |
| magicaltreez@KaZaA | Copy (3) of TLC - Red Light Special.mp3 | TLC | 4,739KB | Audio |
| magicaltreez@KaZaA | Jagged Egde-I got to be.mp3 | Jagged Edge | 3,252KB | Audio |
| magicaltreez@KaZaA | excape- my little secret.mp3 | Jagged Egde ft. Xcape | 3,174KB | Audio |
| magicaltreez@KaZaA | Kelly And Ozzy Osbourne - Changes.mp3 | Kelly Osbourne (w/Ozzy) | 3,864KB | Audio |
| magicaltreez@KaZaA | R Kelly_Cassidy Hotel" (3).mp3 | Cassidy Feat. R.Kelly | 4,675KB | Audio |
| magicaltreez@KaZaA | Slow Jamz.mp3 | Twista ft. Kanye West | 3,216KB | Audio |
| magicaltreez@KaZaA | Ginuwine_Baby #1stuna_hell yeah (MHQ).mpg | Ginuwine F Baby | 54,048KB | Video |
| magicaltreez@KaZaA | Coolio - Gangsta's Paradise.mp3 | Coolio | 3,773KB | Audio |
| magicaltreez@KaZaA | Capone n Moreaga ft. Nas - Blood Money Part 2.mp3 | Capone N Noreaga | 4,564KB | Audio |
| magicaltreez@KaZaA | 50 Cent - P.I.M.P..mp3 | 50 Cent | 3,932KB | Audio |
| magicaltreez@KaZaA | Daniel Bedingfield - If You're Not The One.mp3 | Daniel Bedingfield | 4,054KB | Audio |
| magicaltreez@KaZaA | 11-50_cent-pimp-rns (1).mp3 | 50 Cent | 5,848KB | Audio |
| magicaltreez@KaZaA | Crazy In Love.mp3 | Beyonce Knowles Feat. J... | 5,571KB | Audio |
| magicaltreez@KaZaA | Eminem - Square Dance.mp3 | Eminem | 5,091KB | Audio |
| magicaltreez@KaZaA | 50 cent -loyd_banks-symphony_2003-bke.mp3 | Lloyd_Banks | 2,175KB | Audio |
| magicaltreez@KaZaA | 05-jay-z-excuse_me_miss_(remix)-wcr.mp3 | Jay-Z | 4,753KB | Audio |
| magicaltreez@KaZaA | 2pac-the_realest_killaz_ft_50_cent.mp3 | Tupac and 50 cent | 3,433KB | Audio |
| magicaltreez@KaZaA | Jay-Z feat. Punjabi feat. Beware Of The Boys.mp3 | Jay-Z | 5,616KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Jay-Z feat. Punjabi Feat.-Beware Of The Boys .mp3 | Jay-Z | 5,616KB | Audio |
| magicaltreez@KaZaA | Eminem Freestyle (Underground).mp3 | 50 Cent and G-Unit | 3,970KB | Audio |
| magicaltreez@KaZaA | 2pac - Fair Exchange (Unreleased).mp3 | Tupac | 3,555KB | Audio |
| magicaltreez@KaZaA | Tupac AKA 2Pac - Broken Wings Version (Feat RL From Nex... | 2pac (Feat RL From Next) | 5,141KB | Audio |
| magicaltreez@KaZaA | (08) 2Pac - Fair Xchange (Remix) (Feat Mya).wma | Tupac | 2,330KB | Audio |
| magicaltreez@KaZaA | TuPac- This life I lead.mp3 | TuPac Feat. Tha Dogg Po... | 4,510KB | Audio |
| magicaltreez@KaZaA | Tupac - Shortys Gonna Be A Thug.mp3 | 2 pac | 3,622KB | Audio |
| magicaltreez@KaZaA | Tupac - Only God Can Judge Me.mp3 | Tu Pac | 4,628KB | Audio |
| magicaltreez@KaZaA | artist - Track 13_1210205416.mp3 | Nas | 3,345KB | Audio |
| magicaltreez@KaZaA | 50 Cent ft. Lil Flip_Lloyd Banks - Get That Money Mayne.... | 50 Cent feat. Lil Flip | 8,438KB | Audio |
| magicaltreez@KaZaA | ACDC - Dirty Deeds Done Dirt Cheap.mp3 | AC/DC | 3,921KB | Audio |
| magicaltreez@KaZaA | Nelly - Say Now.mp3 | Nelly | 5,350KB | Audio |
| magicaltreez@KaZaA | eminem-i think my dads gone crazy.mp3 | Eminem | 4,175KB | Audio |
| magicaltreez@KaZaA | Nicole Ray - Electirc Blue - I'm Lookin.mp3 | Nicole | 4,134KB | Audio |
| magicaltreez@KaZaA | 04-pass that dutch-pass that dutch-missy elliott.mp3 | missy elliott | 4,085KB | Audio |
| magicaltreez@KaZaA | js-01-ice_cream.mp3 | JS | 4,788KB | Audio |
| magicaltreez@KaZaA | fabolous-damn-wcr (1).mp3 | Fabulous | 3,240KB | Audio |
| magicaltreez@KaZaA | 116-r_kelly-snake_(feat_tigger)-0mni.mp3 | R. Kelly | 6,842KB | Audio |
| magicaltreez@KaZaA | Bone Crusher w- Killa Mike, T.I.P.mp3 | Bone Crusher ft. T.I._Kil... | 4,992KB | Audio |
| magicaltreez@KaZaA | Justin Timberlake - Rock Your Body.mp3 | Justin Timberlake | 3,161KB | Audio |
| magicaltreez@KaZaA | Cold-StupidGirl.mp3 | Cold | 2,968KB | Audio |
| magicaltreez@KaZaA | Pink Floyd - We dont need no education.mp3 | Pink Floyd | 3,230KB | Audio |
| magicaltreez@KaZaA | Nirvana - Heart Shaped Box.mp3 | Nirvana | 4,374KB | Audio |
| magicaltreez@KaZaA | Afro_Man-Cuz_I_got_high.mp3 | Afroman | 4,860KB | Audio |
| magicaltreez@KaZaA | 201-mobb_deep_ft_littles-burn_something-wcr.mp3 | Mobb Deep ft Littles | 5,575KB | Audio |
| magicaltreez@KaZaA | 03-mobb_deep-matic_clips-wcr.mp3 | Mobb Deep | 3,655KB | Audio |
| magicaltreez@KaZaA | Mob Deep - Survival Of the Fittest.mp3 | Mobb Deep | 2,632KB | Audio |
| magicaltreez@KaZaA | lumidee-never leave you.wma | lumidee | 3,440KB | Audio |
| magicaltreez@KaZaA | Heather Headley-I Wish I Wasnt.mp3 | Heather Headley | 5,962KB | Audio |

Found 736 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Heather Headley - I Wish I Wasn't.mp3 | Heather Headley | 5,962KB | Audio |
| magicaltreez@KaZaA | Chingy - Right Thurr (1)(1).mp3 | Chingy | 5,081KB | Audio |
| magicaltreez@KaZaA | yingyang.mp3 | Ying Yang Twins | 3,921KB | Audio |
| magicaltreez@KaZaA | Kool Keith_Tim Dog - Get Off The Dick.mp3 | Big Pun | 3,154KB | Audio |
| magicaltreez@KaZaA | 10-lloyd_banks-snake_freestyle-swe.mp3 | Lloyd Banks | 2,300KB | Audio |
| magicaltreez@KaZaA | Carl Thomas - Emotional.mp3 | Carl Thomas | 4,246KB | Audio |
| magicaltreez@KaZaA | rKelly-12 Play - R. Kelly - Your Body's Callin'.mp3 | RKelly | 3,264KB | Audio |
| magicaltreez@KaZaA | 03-50_cent_lloyd_banks-get_shot_the_fuck_up_freestyle-... | 50 Cent Lloyd Banks | 5,778KB | Audio |
| magicaltreez@KaZaA | Isley Brothers ft. Ron Isley - What Would You Do.mp3 | Isley Brothers ft. Ron Isl... | 5,440KB | Audio |
| magicaltreez@KaZaA | Monica - So Gone.mp3 | Monica | 3,219KB | Audio |
| magicaltreez@KaZaA | 2 Pac - Baby Dont Cry.mp3 | Tupac | 4,128KB | Audio |
| magicaltreez@KaZaA | 2pac-Never Call You Bitch Again.mp3 | Tupac Shakur | 6,525KB | Audio |
| magicaltreez@KaZaA | Tupac - I See the Same Ho.mp3 | Tupac | 4,316KB | Audio |
| magicaltreez@KaZaA | Snoop Doggy Dogg feat. Tyrese_Mr.Tan - Just A Baby B... | Snoop Dogg, Tyrese, M... | 2,812KB | Audio |
| magicaltreez@KaZaA | Mya - Free.mp3 | Mya | 3,768KB | Audio |
| magicaltreez@KaZaA | Jay Z - La La.mp3 | Jay-Z | 4,434KB | Audio |
| magicaltreez@KaZaA | little t and one track mike - Shaniqua.mp3 | Little T + More | 3,036KB | Audio |
| magicaltreez@KaZaA | Buy Out Riddim - Like Glue.mp3 | Sean Paul | 3,656KB | Audio |
| magicaltreez@KaZaA | 06 - Tyrese - Signs of love makin.mp3 | Tyrese | 3,844KB | Audio |
| magicaltreez@KaZaA | 50 CeNT - 21 QueSTioNS ReMiX - 21 aN5WeRS.mp3 | Lil' Mo | 4,893KB | Audio |
| magicaltreez@KaZaA | 14-murphy_lee-jungle_gym-rns.mp3 | Murphy Lee | 4,768KB | Audio |
| magicaltreez@KaZaA | Fabolous - Into You (feat Ashanti).mp3 | Fabolous ft Ashanti | 6,441KB | Audio |
| magicaltreez@KaZaA | Uncle Sam - I Don't Ever Wanna See You Again.mp3 | Uncle Sam | 5,381KB | Audio |
| magicaltreez@KaZaA | 09-lil_mo_ft_free-21_answers_remix-wcr.mp3 | Lil Mo Ft Free | 4,580KB | Audio |
| magicaltreez@KaZaA | 04 - get no better.mp3 | Cassidy Ft. Mashonda | 1,853KB | Audio |
| magicaltreez@KaZaA | 50 Cent - Ja Rule Duets.mp3 | G Unit | 1,927KB | Audio |
| magicaltreez@KaZaA | Keith Murray - Candy Bar.mp3 | Keith Murray | 5,285KB | Audio |
| magicaltreez@KaZaA | Tupac- Hail Marry.mp3 | Tupac | 4,876KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files