Kazaa [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | 02-beanie_sigel_dirt_mcgirt_peedi-when_u_hear_that_(dir… | Beanie Sigel, Dirt McGirt, … | 5,740KB | Audio |
| 2 Users | Snoop Doggy Dogg - Gin and Juice.mp3 | Snoop Doggy Dogg | 3,306KB | Audio |
| magicaltreez@KaZaA | (924)Jay-Z - Excuse Me Miss Again (La La La).mp3 | Jay-Z | 6,610KB | Audio |
| magicaltreez@KaZaA | Puddle of Mud - She Hates Me (1).mp3 | Puddle of Mud | 2,996KB | Audio |
| magicaltreez@KaZaA | cassidy - can't get no better.mp3 | Cassidy | 2,756KB | Audio |
| magicaltreez@KaZaA | P Diddy ft. R. Kelly - satisfy you.MP3 | Puff Dady Feat R. Kelly | 2,798KB | Audio |
| 2 Users | Copy of 10-dru_hill-i_love_you-rns.mp3 | Dru Hill | 7,350KB | Audio |
| magicaltreez@KaZaA | bedingfield daniel-if you are not the one.mp3 | Da Band | 3,814KB | Audio |
| magicaltreez@KaZaA | Clipse - Ma, I Dont Love Her Ft Faith Evans.mp3 | Clipse Feat. Faith Evans | 4,026KB | Audio |
| magicaltreez@KaZaA | Styles P ft. Pharoah Monch - My Life.mp3 | Styles P ft. Pharoah Mon… | 3,336KB | Audio |
| magicaltreez@KaZaA | Sum41 - Fat Lip.mp3 | Sum 41 | 2,788KB | Audio |
| magicaltreez@KaZaA | Ozzy Osbourne - Down To Earth - 03 - Dreamer.mp3 | Ozzy Osbourne | 4,452KB | Audio |
| magicaltreez@KaZaA | da_band-tonight-xxl.mp3 | Da Band | 5,908KB | Audio |
| magicaltreez@KaZaA | Alice In Chains - Man In The Box.mp3 | Alice In Chains | 4,478KB | Audio |
| magicaltreez@KaZaA | 07-50_cent_feat._young_buck-right_thurr-whoa.mp3 | 50 Cent Feat. Young Buck | 2,983KB | Audio |
| magicaltreez@KaZaA | Eminem - Nail In The Coffin (Benzino Diss).mp3 | Eminem | 4,495KB | Audio |
| magicaltreez@KaZaA | eminem_obie_50cent - love me.mp3 | Eminem, 50 Cent, Obie … | 4,230KB | Audio |
| magicaltreez@KaZaA | Eminem - Just The Two Of Us.mp3 | Eminem | 4,062KB | Audio |
| magicaltreez@KaZaA | Dance 80's - Marcia Griffiths) - Electric Slide [Boogie Woogie… | Dance 80's | 3,794KB | Audio |
| magicaltreez@KaZaA | wurst way.mp3 | Da Band | 5,638KB | Audio |
| magicaltreez@KaZaA | Ginuwine - 04.mp3 | Ginuwine | 4,192KB | Audio |
| magicaltreez@KaZaA | Tonight.mp3 | Da Band | 5,908KB | Audio |
| magicaltreez@KaZaA | Ozzy Osbourne - Mama I'm Coming Home.mp3 | Ozzy Osbourne | 3,940KB | Audio |
| magicaltreez@KaZaA | Aaliyah - Come Over (Feat. Tank).mp3 | Aaliyah | 3,676KB | Audio |
| magicaltreez@KaZaA | Aaliyah - One In A Million.mp3 | Aaliyah | 4,231KB | Audio |
| magicaltreez@KaZaA | 13 - Famlay - Rock And Roll.mp3 | FamLay | 6,170KB | Audio |
| magicaltreez@KaZaA | Ozzy Osbourne - Crazy Train.mp3 | Ozzy Osbourne | 4,654KB | Audio |
| magicaltreez@KaZaA | da_band-tonight-xxl (1).mp3 | Da Band | 5,908KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

**Kazaa [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend
New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| magicaltreez@KaZaA | murphy lee.wav | AZ | 4,773KB | Audio | What Da Hook Gon Be |
| magicaltreez@KaZaA | B2K - Pandemonium! '03 - 08 - What A Girl Wants.mp3 | B2K | 4,356KB | Audio | |
| magicaltreez@KaZaA | Simple Plan - Perfect.mp3 | Simple Plan | 4,369KB | Audio | |
| magicaltreez@KaZaA | 03-da_band-living_legends-rns.mp3 | Da Band | 6,100KB | Audio | |
| magicaltreez@KaZaA | Ja Rule - I Cry.mp3 | Ja Rule | 7,435KB | Audio | |
| magicaltreez@KaZaA | Keith Sweat - Twisted.mp3 | Keith Sweat | 4,242KB | Audio | |
| magicaltreez@KaZaA | OLDIES-Ace of Base-I Saw The Sign.mp3 | Ace of Base | 3,530KB | Audio | |
| magicaltreez@KaZaA | Lil Mo Feat Free - 21 Answers.mp3 | LIL MO Fet. FREE | 4,901KB | Audio | |
| magicaltreez@KaZaA | 16-da_band_(bad_boys_new_group)-bad_boy_this_that... | Da Band (Bad Boy's New ... | 4,235KB | Audio | |
| magicaltreez@KaZaA | Aaliyah's Funeral.avi | Aaliyah | 20,339KB | Video | |
| magicaltreez@KaZaA | 50 Cent feat. Young Buck - What Were You Thinking.mp3 | 50 Cent Feat. Young Buck | 2,926KB | Audio | |
| magicaltreez@KaZaA | City High - What Would You Do.mp3 | City High | 3,430KB | Audio | What Would You Do [Edit W... |
| magicaltreez@KaZaA | Def Lepard - Pour some suga.MP3 | Def Leppard | 3,146KB | Audio | |
| magicaltreez@KaZaA | Christina Aguilera - 03 - Walk Away.mp3 | Christina Aguilera | 2,715KB | Audio | |
| magicaltreez@KaZaA | Papa Roach - Last Resort.mp3 | Papa Roach | 3,168KB | Audio | |
| magicaltreez@KaZaA | Debra Cox - We Can't Be Friends.mp3 | Deborah Cox and RL | 4,397KB | Audio | |
| magicaltreez@KaZaA | SWV, Missy Elliot, Timbaland - Can We Get Kinky Tonite.mp3 | total feat.Missy_Timberl... | 3,711KB | Audio | Can We... |
| magicaltreez@KaZaA | SWV - Weak.mp3 | SWV | 3,902KB | Audio | |
| magicaltreez@KaZaA | SWV - Your The One For Me.mp3 | SWV | 4,415KB | Audio | |
| magicaltreez@KaZaA | JT Money - Who Dat Is...That's Just My Baby Daddy.mp3 | JT Money | 4,344KB | Audio | Who Dat Is...Th... |
| magicaltreez@KaZaA | Shanice - When Close My Eyes.mp3 | Shanice | 4,782KB | Audio | |
| magicaltreez@KaZaA | Lil Jon_The East Side Boyz -19-Get Low (Featuring The Yi... | Lil John and Eastside Boyz | 5,222KB | Audio | |
| magicaltreez@KaZaA | Total - Trippin (1).mp3 | Total | 4,156KB | Audio | |
| magicaltreez@KaZaA | Biggie_Total - Can't You See.mp3 | Biggie Smalls  and Total | 4,520KB | Audio | |
| magicaltreez@KaZaA | Keep Your Receipt.wma | Cobalt Party Revolution | 1,310KB | Audio | |
| magicaltreez@KaZaA | Joe feat Mystical - Stutter (Remix).mp3 | JOE and Mystikal | 3,322KB | Audio | |
| magicaltreez@KaZaA | Project Pat-Don't Save Her.mp3 | Project Pat | 4,123KB | Audio | |
| magicaltreez@KaZaA | Project Pat - Mista Don't Play - 17 - North, North.mp3 | Project Pat | 3,926KB | Audio | |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend
New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Eamon-Fckit-(explicit).mp3 | Eamon | 5,354KB | Audio |
| magicaltreez@KaZaA | Choices- Track 03(project Pat).MP3 | Three Six Mafia | 2,190KB | Audio |
| magicaltreez@KaZaA | Total_Missy Elliot- What About Us.mp3 | Total Feat. Missy Elliot | 4,105KB | Audio |
| magicaltreez@KaZaA | Busta Rhymes Feat Mariah Carey- I Know What You Want... | Mariah ft. JayZ And Free... | 2,564KB | Audio |
| magicaltreez@KaZaA | rb love songs_Jagged Edge - Let's Stay Together (Toget... | Ja Rule_Ashanti | 3,096KB | Audio |
| magicaltreez@KaZaA | Destiny's Child - Brown Eyes.mp3 | Destinys Child | 4,314KB | Audio |
| magicaltreez@KaZaA | choppa - chopper Style.mp3 | Choppa | 4,292KB | Audio |
| magicaltreez@KaZaA | Latif-IDontWantToHurtYou.mp3 | Latif | 7,128KB | Audio |
| magicaltreez@KaZaA | R. Kelly - I Decided.mp3 | R. Kelly | 3,803KB | Audio |
| magicaltreez@KaZaA | Eve - Love Is Blind.mp3 | Eve | 4,067KB | Audio |
| magicaltreez@KaZaA | Tamia - Officially Missing You.mp3 | 01-tamia-officially_missin... | 5,704KB | Audio |
| magicaltreez@KaZaA | Ashanti - Break Up To Make Up.mp3 | Ashanti | 5,194KB | Audio |
| magicaltreez@KaZaA | Puff Daddy ft. R.mpeg | R.Kelly | 15,579KB | Video |
| magicaltreez@KaZaA | Frankie J - Sugar Sugar.mp3 | Baby Beesh_Frankie J | 3,444KB | Audio |
| magicaltreez@KaZaA | Feeling Freaky - Nick Cannon ft B2K.WMA | Nick Cannon ft B2K | 3,460KB | Audio |
| magicaltreez@KaZaA | Beyonce ft Sean Paul - Baby Boy.mp3 | Beyonce Feat Sean Paul | 5,362KB | Audio |
| magicaltreez@KaZaA | Usher - Can You Help Me.mp3 | Usher | 5,244KB | Audio |
| magicaltreez@KaZaA | KCJO - suicide.MP3 | KCi and JoJo | 4,358KB | Audio |
| magicaltreez@KaZaA | Bow Wow ft. Baby - Let's Get Down.mp3 | Lil' Bow Wow Feat. Baby | 6,029KB | Audio |
| magicaltreez@KaZaA | 112 - Crazy Over You.mp3 | 112 | 3,758KB | Audio |
| magicaltreez@KaZaA | Chain Hang Low.wma | Lil' Mont | 1,926KB | Audio |
| magicaltreez@KaZaA | Timbaland and Magoo - Cop that Disc.mp3 | Timbaland_Magoo | 3,359KB | Audio |
| magicaltreez@KaZaA | Im All Out Of Love-Jagged Edge .mp3 | Jagged Edge | 5,450KB | Audio |
| magicaltreez@KaZaA | R. Kelly - Thoia Thong.mp3 | R. Kelly | 5,232KB | Audio |
| magicaltreez@KaZaA | 03 - Fountains Of Wayne - Stacys Mom.mp3 | Fountains Of Wayne | 4,645KB | Audio |
| magicaltreez@KaZaA | K-Ci and Jo Jo - Crazy.mp3 | KC and JoJo | 3,338KB | Audio |
| magicaltreez@KaZaA | KP and Envi - Shorty Swing My Way.mp3 | KP and Envi | 4,295KB | Audio |
| magicaltreez@KaZaA | Total - Kissing You.mp3 | Total | 4,386KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Total F. Da Brat - No One Else.mp3 | Total | 4,061KB | Audio |
| magicaltreez@KaZaA | easy e- straight outta compton.mp3 | Eazy E | 4,181KB | Audio |
| magicaltreez@KaZaA | Ms Jade ft Missy_Timbaland - Big Head.mp3 | Ms Jade ft Missy_Timbal... | 3,663KB | Audio |
| magicaltreez@KaZaA | Salt 'N' Pepper - What A Man.mp3 | Salt-n-Pepper | 4,814KB | Audio |
| magicaltreez@KaZaA | Gd Up.wma | G-Unit | 2,096KB | Audio |
| magicaltreez@KaZaA | 05 - The Isley Brothers - Busted (Feat JS).mp3 | Isley Brothers/ Ft. JS | 5,580KB | Audio |
| magicaltreez@KaZaA | 13-bubba_sparxx-deliverance-0mni.mp3 | Bubba Sparks | 7,576KB | Audio |
| magicaltreez@KaZaA | Jay Quinn Band - I Need.mp3 | Jay Quinn Band | 3,323KB | Audio |
| magicaltreez@KaZaA | the_way_you_move.mp3 | Outkast | 4,601KB | Audio |
| magicaltreez@KaZaA | You And I Unity.wma | Azarel | 3,364KB | Audio |
| magicaltreez@KaZaA | Eminem - Kim.mp3 | Eminem | 4,454KB | Audio |
| magicaltreez@KaZaA | Boys 2 Men - Down On Bended Knee.mp3 | Boys 2 Men | 5,156KB | Audio |
| magicaltreez@KaZaA | 702 - Where My Girls At.mp3 | 702 | 3,279KB | Audio |
| magicaltreez@KaZaA | Jefferson Starship - Sarah.mp3 | Jefferson Starship | 4,634KB | Audio |
| magicaltreez@KaZaA | Capone and Noreaga - Baz.mp3 | CAPONE-N-NOREAGA | 3,698KB | Audio |
| magicaltreez@KaZaA | 'Lil Kim Feat.mp3 | Lil'Kim | 7,752KB | Audio |
| magicaltreez@KaZaA | Detroit Underground 2000 - 17 - 5150 - I Need Bud.mp3 | not em | 3,599KB | Audio |
| magicaltreez@KaZaA | Loon f. Kelis - How You Want That.mp3 | Loon F. Kelis | 3,995KB | Audio |
| magicaltreez@KaZaA | Buster Rymes F. Janet Jackson - Whats It Gonna Be.mp3 | Busta Rhymes ft. Janet J... | 5,068KB | Audio |
| magicaltreez@KaZaA | ELO - Blinded By The Light.mp3 | ELO | 6,626KB | Audio |
| magicaltreez@KaZaA | Whistle While You Twirp.mp3 | Ying Yang Twins | 2,497KB | Audio |
| magicaltreez@KaZaA | Salt N Pepper - Push It.mp3 | Salt n Pepper | 3,266KB | Audio |
| magicaltreez@KaZaA | Salt N Pepper - Shoop.mp3 | Salt-N-Pepper | 3,886KB | Audio |
| magicaltreez@KaZaA | 01-outkast-hey_ya-hodenkrbz.mp3 | Outkast | 5,832KB | Audio |
| magicaltreez@KaZaA | Brandy - Angel of Mine.mp3 | Brandy | 2,928KB | Audio |
| magicaltreez@KaZaA | 01-marques_houston_ft_joe_budden-clubbin-qmb.mp3 | Marques Houston Ft. Joe... | 5,899KB | Audio |
| magicaltreez@KaZaA | 13-ludacris-stand_up-wcr.mp3 | Ludacris | 4,312KB | Audio |
| magicaltreez@KaZaA | Slow Songs - Brandy Have You Ever.mp3 | Brandy | 3,658KB | Audio |
| magicaltreez@KaZaA | 02 Holidae In ft Ludacris Snoop.wma | Chingy feat. Snoop Dogg | 2,506KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any Files

Kazaa - Search

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | My Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | 02 Holidae In ft. Ludacris_Snoo..wma | Chingy Feat. Snoop Dogg | 2,503KB | Audio |
| magicaltreez@KaZaA | kelis-millshake.mp3 | Kelis | 2,922KB | Audio |
| magicaltreez@KaZaA | Sean Paul and Sasha- Im Still in Love.mp3 | Sean Paul_Sasha | 2,616KB | Audio |
| magicaltreez@KaZaA | traped-headstrong (1).mp3 | Trapped | 4,466KB | Audio |
| magicaltreez@KaZaA | good charlotte hold on.mp3 | good charlotte | 3,896KB | Audio |
| magicaltreez@KaZaA | Gunit_Stunt101.mp3 | G-Unit | 4,971KB | Audio |
| magicaltreez@KaZaA | JaRule - Reigns.mp3 | Ja Rule | 5,794KB | Audio |
| magicaltreez@KaZaA | 01-nick_cannon_feat._r.mp3 | Nick Cannon ft. R. Kelly | 5,425KB | Audio |
| magicaltreez@KaZaA | tupac - i ain't mad at cha.mp3 | tupac | 3,454KB | Audio |
| magicaltreez@KaZaA | Noreaga - Nothin' Remix Feat. P. Diddy, Foxy Brown, and ... | Nore, P.Diddy, and Capo... | 3,108KB | Audio |
| magicaltreez@KaZaA | Tupac_Dr.mp3 | 2 Pac | 4,447KB | Audio |
| magicaltreez@KaZaA | (Instrumental) Noreaga - Superthug .mp3 | Tupac | 3,723KB | Audio |
| magicaltreez@KaZaA | Capone and Moreaga - Instrumental - Mobb Deep.mp3 | Capone N Noreaga | 1,425KB | Audio |
| magicaltreez@KaZaA | 2 Pac - God bless the dead.mp3.MP3 | Tupac Shakur | 1,795KB | Audio |
| magicaltreez@KaZaA | Warren G_Nate Dog - Regulator.mp3 | Warren G_Nate Dog | 2,972KB | Audio |
| magicaltreez@KaZaA | Sum 41 - In Too Deep.mp3 | sum 41 | 2,428KB | Audio |
| magicaltreez@KaZaA | Ashanti - Foolish.mp3 | Ashanti | 3,554KB | Audio |
| magicaltreez@KaZaA | Sum 41 - Better Off Dead.mp3 | Sum 41 | 1,756KB | Audio |
| magicaltreez@KaZaA | Jay-Z - Track 06.mp3 | Jay-Z | 3,839KB | Audio |
| magicaltreez@KaZaA | Tchaikovsky - Wedding March.mp3 | Tchaikovsky | 1,972KB | Audio |
| magicaltreez@KaZaA | young_gunz_feat.mp3 | Young Gunz Feat. Rell | 5,619KB | Audio |
| magicaltreez@KaZaA | Usher ft. Ludacris, Lil Jon- Yeah.mp3 | Usher ft Lil' Jon_Ludacris | 5,832KB | Audio |
| magicaltreez@KaZaA | Jog My Memory.wma | Little John | 1,169KB | Audio |
| magicaltreez@KaZaA | timbaland_magoo-indian flute-under construction part ii... | timbaland_magoo | 1,116KB | Audio |
| magicaltreez@KaZaA | Led Zeppelin - Love that I found.mp3 | Led Zeppelin | 5,836KB | Audio |
| magicaltreez@KaZaA | Mobb Deep - Quiet Storm.mp3 | Mob Deep | 4,020KB | Audio |
| magicaltreez@KaZaA | Ruban Studdard - Im Sorry.mp3 | Ruben Studdard | 6,127KB | Audio |
| magicaltreez@KaZaA | Politricks.wma | Stucky | 3,415KB | Audio |
| magicaltreez@KaZaA | Nickel Creek- Spit On A Stranger_This Side_02.mp3 | Nickel Creek | 2,420KB | Audio |

2,057,004 users online, sharing 1,227,842,766 files.(36,219,904 GB)    Not sharing any files

Found 738 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Nickel Creek - Spit On A Stranger - This Side - 02.mp3 | Nickel Creek | 2,420KB | Audio |
| magicaltreez@KaZaA | Lil Kim-TheJumpOff FeaturingMr.Cheeks.mp3 | Lil' Kim | 2,796KB | Audio |
| magicaltreez@KaZaA | jay hood - go to war.mp3 | J-Hood | 4,900KB | Audio |
| magicaltreez@KaZaA | 10-DJ_GL_Ft.mp3 | D Block | 6,140KB | Audio |
| magicaltreez@KaZaA | Led Zepplin - Ramble On.mp3 | Led Zepplin | 4,305KB | Audio |
| magicaltreez@KaZaA | 01-r_kelly-thoia_thoing-(new_track)-sc.mp3 | R Kelly | 5,232KB | Audio |
| magicaltreez@KaZaA | (08) Ashanti - Rescue.mp3 | Ashanti | 3,479KB | Audio |
| magicaltreez@KaZaA | (07) Ashanti - Scared ft Irv Gotti.mp3 | Ashanti | 2,219KB | Audio |
| magicaltreez@KaZaA | nappy roots - aww naw.mp3 | Nappy Roots | 3,847KB | Audio |
| magicaltreez@KaZaA | Nappy Roots - Po' Folks.mp3 | Nappy Roots | 3,895KB | Audio |
| magicaltreez@KaZaA | JD feat. P Diddy, Murphy Lee, and Snoop Dogg - Welcome .. | JD Feat, P Diddy, Murphy .. | 4,746KB | Audio |
| magicaltreez@KaZaA | Running.mp3 | Tupac and Biggie | 2,718KB | Audio |
| magicaltreez@KaZaA | 9 - Chingy - One Call Away.mp3 | Chingy | 6,489KB | Audio |
| magicaltreez@KaZaA | Hillary Duff - So Yesterday (1).wma | Hillary Duff | 3,370KB | Audio |
| magicaltreez@KaZaA | Blue Plastic Bag.wma | A | 2,997KB | Audio |
| magicaltreez@KaZaA | Kelly Price - My Best Friend.mp3 | Kelly Price,Mr Biggs,R.kelly | 5,901KB | Audio |
| magicaltreez@KaZaA | 01-ludacris-stand_up_(radio_edit)-apc.mp3 | Ludacris | 4,879KB | Audio |
| magicaltreez@KaZaA | Toxic.mp3 | Britney Spears | 3,199KB | Audio |
| magicaltreez@KaZaA | Nelly Feat Murphy Lee and P Diddy - Shake Ya Tail Feather... | Nelly Feat P. Diddy_Mur.... | 2,504KB | Audio |
| magicaltreez@KaZaA | Usher and Alicia Keys - My Boo.mp3 | Usher ft Alicia keys | 3,574KB | Audio |
| magicaltreez@KaZaA | Dixie Chicks - Landslide (album version).mp3 | Dixie Chicks | 3,605KB | Audio |
| magicaltreez@KaZaA | Akon ft. Styles P - Locked Up.mp3 | Akon ft. Styles P | 3,700KB | Audio |
| magicaltreez@KaZaA | 05- Terror Squad Elliot Ness- Lean Back (remix).mp3 | Fat Joe ft E.Ness | 5,743KB | Audio |
| magicaltreez@KaZaA | (01) Justin Timberlake - Senorita.wma | Justin Timberlake | 2,927KB | Audio |
| magicaltreez@KaZaA | Busta Ryhmes - Break Your Neck.mp3 | 01_Busta_Rhymes_Feat... | 3,127KB | Audio |
| magicaltreez@KaZaA | Sunshine.mp3 | Lil' Flip | 5,279KB | Audio |
| magicaltreez@KaZaA | KC and Jojo- Dont Rush.mp3 | K-Ci and Jo Jo | 3,046KB | Audio |
| magicaltreez@KaZaA | Big Pun_Fat Joe - Still Not A Player (dirty).mp3 | Fat Joe | 3,715KB | Audio |
| magicaltreez@KaZaA | R_KELLY's-Sex MEmbrs | R. Kelly | 4,641KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

KaZaA - Search

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | R. Kelly - Sex Me.mp3 | R. Kelly | 4,646KB | Audio |
| magicaltreez@KaZaA | 15-oschino_and_sparks-if_i_could_do_it_all_again-rns.mp3 | Oschino_Sparks | 7,030KB | Audio |
| magicaltreez@KaZaA | NWA - Dopeman.mp3 | N.W.A. | 5,847KB | Audio |
| magicaltreez@KaZaA | Jagged Edge - WiFey.mp3 | Jagged Edge | 4,072KB | Audio |
| magicaltreez@KaZaA | Coldplay - The Scientist.mp3 | Coldplay | 4,831KB | Audio |
| magicaltreez@KaZaA | 16-i_still_do-crn.mp3 | Kelly Price | 5,600KB | Audio |
| magicaltreez@KaZaA | My Way.mp3 | Usher | 2,568KB | Audio |
| magicaltreez@KaZaA | Pink Floyd - Schools Out For Summer.mp3 | Pink Floyd | 2,868KB | Audio |
| magicaltreez@KaZaA | 04.P.O.D - Youth Of The Nation.mp3 | P.O.D | 4,052KB | Audio |
| magicaltreez@KaZaA | Pink Floyd - Another Brick In The Wall (Part III) 12.mp3 | Pink Floyd | 1,459KB | Audio |
| magicaltreez@KaZaA | Beenie Man - Dude.mp3 | Beenie Man | 3,944KB | Audio |
| magicaltreez@KaZaA | iMX - First Time.mp3 | Immature | 4,158KB | Audio |
| magicaltreez@KaZaA | Mudvayne - Not Falling.mp3 | Mudvayne | 3,762KB | Audio |
| magicaltreez@KaZaA | mudvane - under my skin.mp3 | Mudvayne | 989KB | Audio |
| magicaltreez@KaZaA | Mudvayne - Dig.mp3 | Mudvayne | 2,554KB | Audio |
| magicaltreez@KaZaA | 01-trick_daddy-lets_go_(dirty)-tmz.mp3 | Trick Daddy ft lil Jon | 3,557KB | Audio |
| magicaltreez@KaZaA | 2.I'm A Thug.wma | Trick Daddy | 4,913KB | Audio |
| magicaltreez@KaZaA | Led Zepplin - Stairway to Heaven.mp3 | Led Zepplin | 7,533KB | Audio |
| magicaltreez@KaZaA | staind - It's Been Awile.mp3 | stand | 3,041KB | Audio |
| magicaltreez@KaZaA | stand - Outside (Full band).mp3 | Staind | 4,574KB | Audio |
| magicaltreez@KaZaA | Jay Z - Soon You'll Understand.mp3 | Jay-Z | 6,419KB | Audio |
| magicaltreez@KaZaA | Young Guns_Can't Stop (1).mp3 | State Property Feat. You... | 3,457KB | Audio |
| magicaltreez@KaZaA | 02 - I'm A Thug (1).mp3 | Trick Daddy | 3,074KB | Audio |
| magicaltreez@KaZaA | U2 - Sunday Bloody Sunday.mp3 | U2 | 4,361KB | Audio |
| magicaltreez@KaZaA | TuPac_Biggy Smalls - Freestyle .mp3 | BIGGIE VS 2 PAC | 1,272KB | Audio |
| magicaltreez@KaZaA | Tupac Shakur - Only God Can Judge Me.mp3 | 2Pac | 2,283KB | Audio |
| magicaltreez@KaZaA | Tupac Shakur- Shorty Gonna Be A Thug.mp3 | Tupac Shakur | 3,622KB | Audio |
| magicaltreez@KaZaA | Pink Floyd - Wish You Were Here (1).mp3 | Pink Floyd | 4,962KB | Audio |
| magicaltreez@KaZaA | Philly's Most Wanted-Cross the Border - long.mp3 | Philly's Most Wanted | 1,803KB | Audio |

2 Users

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

# Kazaa Search

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Traffic | Shop | Tell A Friend

New search | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Philly's Most Wanted - Cross the Border - Long.mp3 | Philly's Most Wanted | 1,803KB | Audio |
| magicaltreez@KaZaA | green day - time of your life.mp3 | green day | 2,398KB | Audio |
| magicaltreez@KaZaA | 12 - Just Another Nigga.mp3 | State Property | 6,388KB | Audio |
| magicaltreez@KaZaA | 13-beanie_sigel_rell-dont_realize-rns.mp3 | Beanie Siegel | 4,015KB | Audio |
| magicaltreez@KaZaA | Coldplay - yellow.mp3 | Coldplay | 4,231KB | Audio |
| magicaltreez@KaZaA | Goo Goo Dolls - Black Ballon.mp3 | Goo Goo Dolls | 3,894KB | Audio |
| magicaltreez@KaZaA | Akon_Styles P - Locked Up.mp3 | Akon_Styles P | 5,831KB | Audio |
| magicaltreez@KaZaA | anthony hamilton - charlene.wma | Anthony hamilton | 3,883KB | Audio |
| magicaltreez@KaZaA | 02-50_cent-in_da_club_(dirty)-gsm.mp3 | 50 Cent | 5,170KB | Audio |
| magicaltreez@KaZaA | 04-busta_rhymes_ft_spliff_star-make_it_clap-ego.mp3 | Busta Rhymes ft Spliff Star | 5,462KB | Audio |
| magicaltreez@KaZaA | 10 - Ludacris - Move Bitch - supermp3s.mp3 | Ludacris | 4,237KB | Audio |
| magicaltreez@KaZaA | 12.Jay-Z Feat. Eminem - Renegade.mp3 | Jay-Z Feat. Eminem | 5,280KB | Audio |
| magicaltreez@KaZaA | 12_Nelly_Nellyville_Air_Force_Ones.mp3 | Nelly | 4,755KB | Audio |
| magicaltreez@KaZaA | 13_-_Eminem_-_The_Eminem_Show_-_Superman(1)(1).mp3 | Eminem | 5,187KB | Audio |
| magicaltreez@KaZaA | 21_isyss_ft_jadakiss-day_and_night.mp3 | 21_isyss_ft_jadakiss-day... | 3,912KB | Audio |
| magicaltreez@KaZaA | 504boyz - i can tell (2).mp3 | artist | 2,466KB | Audio |
| magicaltreez@KaZaA | aaliyah- miss you.mp3 | aaliyah. | 3,789KB | Audio |
| magicaltreez@KaZaA | Big Tymers - Get Your Roll On.mp3 | Big Tymers | 4,052KB | Audio |
| magicaltreez@KaZaA | big tymers - Still Fly (dirty).mp3 | Big Tymers | 5,259KB | Audio |
| magicaltreez@KaZaA | Biggy Bigg Pappa.mp3 | Notorious B.I.G. | 3,033KB | Audio |
| magicaltreez@KaZaA | Bone Thugs 'N Harmony - Crossroads.mp3 | Bone Thugs 'N Harmony | 3,584KB | Audio |
| magicaltreez@KaZaA | Cashmere - time for the perculator.mp3 | Cashmere | 3,969KB | Audio |
| magicaltreez@KaZaA | Christina Aguilara - beautiful (1).mp3 | Christina Aguilera | 3,730KB | Audio |
| magicaltreez@KaZaA | clipse - Grindin'.mp3 | Clipse F/Pharrell Williams | 6,245KB | Audio |
| magicaltreez@KaZaA | Clipse - When The Last Time (feat. Pharell).mp3 | clispe feat. pharell | 4,080KB | Audio |
| magicaltreez@KaZaA | Comedy- Limp Biskit vs. Cookie Monster.mp3 | Limp Bizkit | 939KB | Audio |
| magicaltreez@KaZaA | Common ft Mary J Blige - Come Close.mp3 | Common ft Mary J. Blige | 4,070KB | Audio |
| magicaltreez@KaZaA | Copy (2) of D12 - Purple Hills (1).mp3 | D12_Eminem | 2,098KB | Audio |
| magicaltreez@KaZaA | Copy (2) of Michelle Branch - All You Wanted.mp3 | Michelle Branch | 3,370KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

Kazaa - Search

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Copy (2) of Michelle Branch - All You Wanted.mp3 | Michelle Branch | 3,370KB | Audio |
| magicaltreez@KaZaA | Copy (2) of Missy Elliott - Work It (Dirty).mp3 | missy elliot | 4,121KB | Audio |
| magicaltreez@KaZaA | Copy of Baby featuring P. Diddy - Do That.mp3 | Baby featuring P. Diddy | 3,910KB | Audio |
| magicaltreez@KaZaA | Copy of TightTrick Daddy - Thug Holiday slowed down.mp3 | Trick daddy | 4,853KB | Audio |
| magicaltreez@KaZaA | Copy of ying yang twins-say i yi yi (1).mp3 | Ying Yang Twins | 3,294KB | Audio |
| magicaltreez@KaZaA | DJJ D John and Eminem - Lose Yourself (a KaZaA Exclusive) .. | Eminem | 5,099KB | Audio |
| magicaltreez@KaZaA | Drama - Left, Right (Dirty).mp3 | Drama | 3,898KB | Audio |
| magicaltreez@KaZaA | Dru Hill - Beauty.mp3 | Dru Hill | 3,184KB | Audio |
| magicaltreez@KaZaA | Dru Hill - How Deep Is Your Love.mp3 | Dru Hill | 3,802KB | Audio |
| magicaltreez@KaZaA | Dru Hill-I Should Be.MP3 | Dru Hill | 1,758KB | Audio |
| magicaltreez@KaZaA | Erykah Badu_Common - Love of my Life.mp3 | Erykah Badu | 3,539KB | Audio |
| magicaltreez@KaZaA | Fabolous - Its My Party.mp3 | Fabolous | 3,838KB | Audio |
| magicaltreez@KaZaA | faith_evans-05-i_love_you.mp3 | Faith Evans | 4,178KB | Audio |
| magicaltreez@KaZaA | GDep feat P Diddy - Make this Money.MP3 | GDep feat PDiddy, Black... | 3,887KB | Audio |
| magicaltreez@KaZaA | Genuwine- Stingy.MP3 | Genuwine | 4,028KB | Audio |
| magicaltreez@KaZaA | Hayabusa Turbo I ca 390.wmv | Street Racing | 1,788KB | Video |
| magicaltreez@KaZaA | Ja Rule Feat. Bobby Brown - Thug Lovin (Dirty Version).mp3 | Ja Rule  Feat. Bobby Bro... | 4,790KB | Audio |
| magicaltreez@KaZaA | Jahiem - Maybe I deserve (remix).mp3 | Jaheim | 3,350KB | Audio |
| magicaltreez@KaZaA | Jahiem ft The Rayne - Fabulous.mp3 | Jaheim | 5,369KB | Audio |
| magicaltreez@KaZaA | Jay Z - Diamonds Is Forever.mp3 | Jay Z | 5,525KB | Audio |
| magicaltreez@KaZaA | Jay Z- Can I Get A.mp3 | JayZ, Amil, JaRule | 4,865KB | Audio |
| magicaltreez@KaZaA | jayz - me and my girlfriend.mp3 | 01-jay-z-ft_beyonce-bo... | 3,236KB | Audio |
| magicaltreez@KaZaA | jennifer_lopez-06-all_i_have_ft_ll_cool_j-whoa.mp3 | J-lo feat LL Cool J | 5,967KB | Audio |
| magicaltreez@KaZaA | JJ Fad - SuperSonic (1).mp3 | JJ Fad | 1,347KB | Audio |
| magicaltreez@KaZaA | Jocelyn Enriquez - A Little Bit of Ecstacy.mp3 | Jocelyn Enrriquez | 6,007KB | Audio |
| magicaltreez@KaZaA | Keith Sweat f. LSG - My Body.mp3 | LSG | 3,853KB | Audio |
| magicaltreez@KaZaA | Lil Zane - Fuck Wit Us.mp3 | 112 | 5,952KB | Audio |
| magicaltreez@KaZaA | Lil Zane - None Tonight.mp3 | Lil Zane | 4,174KB | Audio |
| magicaltreez@KaZaA | Limp Bizkit Rollin (Remix).mp3 | Limp Bizkit f/DMX, Redma... | 4,551KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Limp Bizkit_Rollin'(Remix) (1).mp3 | Limp Bizkit F/DMX, Redma... | 4,581KB | Audio |
| magicaltreez@KaZaA | Ludicris, Missy Elliot - Gossip Folks.mp3 | Missy Elliot | 5,547KB | Audio |
| magicaltreez@KaZaA | Luven Me.mp3 | Nelly | 1,690KB | Audio |
| magicaltreez@KaZaA | M.C. Hammer U Can't Touch This --.mp3 | MC Hammer | 3,008KB | Audio |
| magicaltreez@KaZaA | Maria Carey_Boys II Men - One Sweet Day (1).mp3 | Boys II Men | 4,416KB | Audio |
| magicaltreez@KaZaA | Mariah Carey - Through The Rain (Radio Rip).mp3 | Mariah Carey | 4,379KB | Audio |
| magicaltreez@KaZaA | Mariah Carey Ft Cameron - Boy (I Need You).mp3 | Mariah Carey | 4,835KB | Audio |
| magicaltreez@KaZaA | Marky Mark - Good Vibrations.mp3 | Marky Mark | 4,216KB | Audio |
| magicaltreez@KaZaA | Marky Mark - Take a Walk on the Wild Side.mp3 | Marky Mark | 4,805KB | Audio |
| magicaltreez@KaZaA | Matalica - Fuel.mp3 | Metalica | 4,214KB | Audio |
| magicaltreez@KaZaA | Metalica - Nothing Else Matters2.mp3 | Metalica | 15,968KB | Audio |
| magicaltreez@KaZaA | Metalica - The Memory Remains.mp3 | Metalica | 3,643KB | Audio |
| magicaltreez@KaZaA | Metalica - Turn the Page.mp3 | Metalica | 5,736KB | Audio |
| magicaltreez@KaZaA | Metalica - Unforgiven.mp3 | Metallica | 6,044KB | Audio |
| magicaltreez@KaZaA | Montel Jordan, Master P. Silk- Lets ride.mp3 | Montell Jordan, Master P,... | 3,768KB | Audio |
| magicaltreez@KaZaA | Mya and Sisco - It's All About Me.mp3 | Mya_Sisqo | 4,130KB | Audio |
| magicaltreez@KaZaA | N'Sync - Digital Get Down.mp3 | Nsync | 4,114KB | Audio |
| magicaltreez@KaZaA | NAS - Kissing.mp3 | Nas Feat. R. Kelly | 3,998KB | Audio |
| magicaltreez@KaZaA | nigga ft big 50 cent.mp3 | 50 Cent Ft. Biggie | 3,322KB | Audio |
| magicaltreez@KaZaA | Petey Pablo - Blow Your Whistle (Dirty).mp3 | Petey Pablo | 4,309KB | Audio |
| magicaltreez@KaZaA | Petey Pablo - Raise It Up (Dirty Version).mp3 | Petey Pablo | 4,304KB | Audio |
| magicaltreez@KaZaA | QB's Finest (Nas, Jungle, Horse - Ouchie Wally.mp3 | QB's Finest (Nas, Jungle,... | 3,448KB | Audio |
| magicaltreez@KaZaA | RB-Case Feat Foxy Brown_Mary J. Blige - Touch Me, Te... | Case feat. Foxy Brown | 3,549KB | Audio |
| magicaltreez@KaZaA | R. Kelly - Ignition.mp3 | R. Kelly | 3,476KB | Audio |
| magicaltreez@KaZaA | r.kelly-ignition (remix).mp3 | R Kelly | 4,434KB | Audio |
| magicaltreez@KaZaA | Rasco-Hey-Love.mp3 | Mob Deep Ft 112 | 4,628KB | Audio |
| magicaltreez@KaZaA | Ray Jay Formal Invite.mp3 | Ray J | 4,784KB | Audio |
| magicaltreez@KaZaA | Reggae - If I was a Rich Girl.mp3 | Reggae | 4,284KB | Audio |
| magicaltreez@KaZaA | Real McCoy... | Real McCoy | 1,878KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search                    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | rythem is a dancer - real mccoy.mp3 | Real Mcoy | 1,878KB | Audio |
| magicaltreez@KaZaA | 5 Club 7 - Never Had A Dream Come True.mp3 | S Club 7 | 3,772KB | Audio |
| magicaltreez@KaZaA | Salt and Peppa -- Lets Talk About Sex.mp3 | Salt-N-Pepa | 5,353KB | Audio |
| magicaltreez@KaZaA | Salt N' Peppa - Short dick man.mp3 | Salt N Pepa | 2,745KB | Audio |
| magicaltreez@KaZaA | silk e fine - romeo and juliet.mp3 | Silk-E-Fine | 4,104KB | Audio |
| magicaltreez@KaZaA | Slow jamz-Black Street - Don't Leave Me Girl.mp3 | Blackstreet | 4,990KB | Audio |
| magicaltreez@KaZaA | spice girl - THE PEPSI SONG.mp3 | Spice Girls | 2,600KB | Audio |
| magicaltreez@KaZaA | Spice Girls - Stop.mp3 | Spice Girls | 3,193KB | Audio |
| magicaltreez@KaZaA | Spicegirls-viva_forever.mp3 | Spice Girls | 3,939KB | Audio |
| magicaltreez@KaZaA | Trina ft Ludacris - Be All Right (1).mp3 | Trina ft Ludacris | 3,734KB | Audio |
| magicaltreez@KaZaA | Tupac - Keep Ya Head Up.mp3 | 2pac | 4,189KB | Audio |
| magicaltreez@KaZaA | Tupac Shakur - 16 on Deathrow.mp3 | 2pac | 5,350KB | Audio |
| magicaltreez@KaZaA | Tupac-BETTER DAYZ-Whatcha Gonna Do.mp3 | Tupac | 3,433KB | Audio |
| magicaltreez@KaZaA | Tupac-Makaveli - Unreleased -5 - 13 - Happy Home -w Fait... | Tupac ft. Faith Evans | 1,902KB | Audio |
| magicaltreez@KaZaA | Twiztid_ICP - Spin The Bottle.mp3 | ICP | 3,966KB | Audio |
| magicaltreez@KaZaA | what mean tha - camron.mp3 | Camron feat. Trina | 3,376KB | Audio |
| magicaltreez@KaZaA | (08) Coldplay - Warning Sign.wma | cold play | 3,237KB | Audio |
| magicaltreez@KaZaA | No Problem (1).WMA | Lil Scrappy | 3,387KB | Audio |
| magicaltreez@KaZaA | Wyclef Jean-Two Wrongs.MP3 | Wyclef Jean f/ City High | 3,591KB | Audio |
| magicaltreez@KaZaA | 02 - Chingy - Holiday Inn .mp3 | Chingy | 7,375KB | Audio |
| magicaltreez@KaZaA | 02 50cent - whats up gangster.mp3 | 50 Cent | 4,210KB | Audio |
| magicaltreez@KaZaA | 02-lil_flip_and_david_banner-like_a_pimp-atx.mp3 | Lil Flip and David Banner | 5,780KB | Audio |
| magicaltreez@KaZaA | 2Pac Greatest Hits - Tupac Shakur - Life Goes On - 11.mp3 | Tupac Shakur | 3,554KB | Audio |
| magicaltreez@KaZaA | 102-Benzino Rock The Party-NO DJ CLUE.mp3 | Unknown | 3,904KB | Audio |
| magicaltreez@KaZaA | 14-da_rockwilder-supermp3s.mp3 | Gone In 60 Seconds | 2,190KB | Audio |
| magicaltreez@KaZaA | 50 Cent - Many Men.mp3 | 50 Cent | 7,012KB | Audio |
| magicaltreez@KaZaA | 50 Cent - Wanksta.mp3 | 50 Cent | 5,128KB | Audio |
| magicaltreez@KaZaA | allis_songs-Usher - Nice and Slow.mp3 | Usher | 2,370KB | Audio |
| magicaltreez@KaZaA | Ashanti - Overmp3 | Ashanti | 2,615KB | Audio |

Found 738 files                                             2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB)   Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| magicaltreez@KaZaA | Ashanti - Over.mp3 | Ashanti | 2,615KB | Audio |
| magicaltreez@KaZaA | BowWow - MyBaby.mp3 | Bow Wow | 7,109KB | Audio |
| magicaltreez@KaZaA | c22Poster Boy - Jurassic Harlem.MP3 | Poster Boy | 2,624KB | Audio |
| magicaltreez@KaZaA | Cadillac On 22s.mp3 | David Banner | 4,118KB | Audio |
| magicaltreez@KaZaA | Led Zepplin - Dream On.mp3 | Led Zeplin | 4,140KB | Audio |
| magicaltreez@KaZaA | CNN - The Reunion - 008 - Fuck Wit Us.mp3 | Capone-N-Moreaga | 4,172KB | Audio |
| magicaltreez@KaZaA | Copy (2) of Tupac - Changes.mp3 | 2Pac | 4,212KB | Audio |
| magicaltreez@KaZaA | Copy (3) of Three Six Mafia-Tounge Ring (1).mp3 | Three Six Mafia | 2,866KB | Audio |
| magicaltreez@KaZaA | Copy of Copy of Tupac - Dear Momma.mp3 | 2pac | 4,376KB | Audio |
| magicaltreez@KaZaA | Black Rob - Whoa.mp3 | Black Rob | 5,720KB | Audio |
| magicaltreez@KaZaA | 13-girlfriend-crn.mp3 | Kelly Price | 5,367KB | Audio |
| magicaltreez@KaZaA | 50 - CENT - Track37.mp3 | Lloyd banks | 2,632KB | Audio |
| magicaltreez@KaZaA | biddlez.kpl | Amanda Perez | 5KB | |
| magicaltreez@KaZaA | AlbumArt_{386A70FC-9CFA-4C11-9BA8-C13D2979289B}_... | Unknown | 15KB | Image |
| magicaltreez@KaZaA | AlbumArt_{386A70FC-9CFA-4C11-9BA8-C13D2979289B}_... | Unknown | 3KB | Image |
| magicaltreez@KaZaA | 05 Splash Waterfalls.wma | Ludacris | 4,607KB | Audio |
| magicaltreez@KaZaA | AlbumArt_{A1CC2BC1-4C81-474B-BE40-A013E00BB150}_... | Unknown | 10KB | Image |
| magicaltreez@KaZaA | AlbumArt_{A1CC2BC1-4C81-474B-BE40-A013E00BB150}_... | Unknown | 2KB | Image |
| magicaltreez@KaZaA | Debra Cox - Nobody Suppose To Be Here.mp3 | Debra Cox | 4,101KB | Audio |
| magicaltreez@KaZaA | AlbumArtSmall.jpg | Unknown | 2KB | Image |
| magicaltreez@KaZaA | AlbumArt_{65F50F99-9B4A-4AEC-B7FC-DD8A210B8493}_... | Unknown | 10KB | Image |
| magicaltreez@KaZaA | AlbumArt_{D33981ED-F30B-40A5-8D56-E61EE0489C85}_... | Unknown | 10KB | Image |
| magicaltreez@KaZaA | AlbumArt_{D33981ED-F30B-40A5-8D56-E61EE0489C85}_... | Unknown | 2KB | Image |
| magicaltreez@KaZaA | desktop.ini | Unknown | 0KB | |
| magicaltreez@KaZaA | (04) Sheryl Crow - The First Cut Is The Deepest.wma | Cheryl Crow | 2,270KB | Audio |
| magicaltreez@KaZaA | Jon B - They Don't Know.mp3 | Jon B | 4,296KB | Audio |
| magicaltreez@KaZaA | Juvenile_The UTP Playas-07-Nolia Clap.wma | Juvenile | 4,323KB | Audio |
| magicaltreez@KaZaA | Mr. Cheeks - Lights, Camera, Action.mp3 | Mr. Cheeks | 6,296KB | Audio |
| magicaltreez@KaZaA | Playn Skillz Freaks.mp3 | Playn Skillz | 8,505KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files

Kazaa Search

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | | Filename | Artist | Size | Media Type |
|---|---|---|---|---|---|
| | magicaltreez@KaZaA | Learn Chinese.mp3 | Jin | 6,404KB | Audio |
| | magicaltreez@KaZaA | 05-jojo-leave_get_out (1).mp3 | jojo | 4,608KB | Audio |
| | magicaltreez@KaZaA | Pink Floyd - Dark Side of The Moon 1.mp3 | Pink | 6,631KB | Audio |
| | magicaltreez@KaZaA | 09 - Track 9.mp3 | Missy Elliot | 2,685KB | Audio |
| | magicaltreez@KaZaA | shorty.kpl | Eminem | 0KB | |
| | magicaltreez@KaZaA | Hip-Hop - Emerging Artists.kpl | Unknown | 0KB | |
| | magicaltreez@KaZaA | Copy of 23-fabolous_ft_lil_mo-cant_let_you_go-wcr.mp3 | Fabolous ft lil mo | 2,136KB | Audio |
| | magicaltreez@KaZaA | sarah.kpl | christina aguilera | 0KB | |
| | magicaltreez@KaZaA | Lil Mo Feat. Fabolous - Forever.mp3 | Lil Mo feat. Fabolous | 2,167KB | Audio |
| | magicaltreez@KaZaA | ashley.kpl | Mariah Carey | 0KB | |
| | magicaltreez@KaZaA | Copy of RB - Emerging Artists.kpl | Unknown | 0KB | |
| | magicaltreez@KaZaA | jigger.kpl | 50 Cent | 1KB | |
| | magicaltreez@KaZaA | Pharrell Ft. Jay-Z - Frontin' (radio rip).mp3 | Pharrell | 5,122KB | Audio |
| | magicaltreez@KaZaA | Eminem- haleys song.MP3 | Eminem | 5,043KB | Audio |
| | magicaltreez@KaZaA | i wanna get to know ya.mpg | G-Unit ft. Joe | 2,101KB | Video |
| | magicaltreez@KaZaA | Outkast - Stankonia - 14 - We Luv Deez Hoes.mp3 | Outkast | 3,945KB | Audio |
| | magicaltreez@KaZaA | Copy of Funk - Emerging Artists.kpl | Unknown | 0KB | |
| | magicaltreez@KaZaA | Take You Home.MP3 | Fabolous | 1,624KB | Audio |
| | magicaltreez@KaZaA | Ginuwine and Timberland - When Doves Cry.mp3 | Ginuwine_Timberland | 4,272KB | Audio |
| | magicaltreez@KaZaA | Sarah's.kpl | Aaliyah | 3KB | |
| | magicaltreez@KaZaA | Kanye West - Never Let You Down.mp3 | KAYNE WEST | 4,260KB | Audio |
| | magicaltreez@KaZaA | DMX,2pac,Icecube remix (1).mp3 | Dmx,2pac,icecube | 914KB | Audio |
| | magicaltreez@KaZaA | (13) Nivea - 25 Reasons.mp3 | Nivea | 4,107KB | Audio |
| | magicaltreez@KaZaA | 50cent Track14.mp3 | 50 Cent | 5,309KB | Audio |
| | magicaltreez@KaZaA | cassidy- get no better.wma | Cassidy | 5,551KB | Audio |
| | magicaltreez@KaZaA | Nelly - E.I..mp3 | Nelly | 6,692KB | Audio |
| | magicaltreez@KaZaA | sarhs.kpl | 50 Cent | 1KB | |
| | magicaltreez@KaZaA | Ludacris- U got a problem (1).MP3 | Ludacris | 2,052KB | Audio |

Found 738 files | 2,057,004 users online, sharing 1,227,842,766 files (36,219,904 GB) | Not sharing any files