AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Delaware |
|---|---|
| DOCKET NO.<br>05-518 | DATE FILED<br>7/22/05 | 844 N. King Street<br>Wilmington, DE 19801 |

| PLAINTIFF<br>LOUD RECORDS, LLC; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; and MAVERICK RECORDING CO. | DEFENDANT<br>MICHAEL WEGMAN |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>PETER T. DALLEO | (BY) DEPUTY CLERK<br>Monica Mosley | DATE<br>7/22/05 |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## MICHAEL WEGMAN

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| UMG Recordings, Inc. | DMX | Stop Being Greedy | It's Dark And Hell Is Hot | 252-613 |
| Loud Records LLC | Mobb Deep | Quiet Storm | Murda Muzik | 293-229 |
| BMG Music | Tyrese | Just a Baby Boy | 2000 Watts | 293-345 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Brown Eyes | Survivor | 289-199 |
| BMG Music | SWV | Can We | Release Some Tension | 249-300 |
| Priority Records LLC | NWA | Dopeman | Straight Outta Compton | 150-531 |