IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUD RECORDS, LLC, a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and MAVERICK RECORDING COMPANY, a California joint venture,<br><br>        Plaintiffs,<br><br>vs.<br><br>MICHAEL WEGMAN,<br><br>        Defendant. | CIVIL ACTION No. 1:05-cv-00518-KAJ |

## REQUEST TO ENTER DEFAULT

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Robert S. Goldman ¶ 5.

Plaintiffs served the Summons and Complaint on Defendant on July 31, 2005, by substitute service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

DATED: __10/18/05__   By: ___/s/ Robert S. Goldman___
Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle County)
Telephone: 302-655-4200
Telecopier: 302-655-4210

Attorneys for Plaintiffs LOUD RECORDS, LLC; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; and MAVERICK RECORDING CO.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUD RECORDS, LLC, a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and MAVERICK RECORDING COMPANY, a California joint venture,<br><br>        Plaintiffs,<br><br>vs.<br><br>MICHAEL WEGMAN,<br><br>        Defendant. | CIVIL ACTION No. 1:05-cv-00518-KAJ |

## DEFAULT BY CLERK

It appearing from the records in this action that Summons has been served upon Defendant Michael Wegman, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Michael Wegman has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Michael Wegman hereby is entered.

DATED: _____   By: _____
                                                                                       Deputy Clerk

2

## CERTIFICATE OF SERVICE

I, Robert Goldman, do hereby certify that on October 18, 2005 the foregoing Plaintiff's Request to Enter Default has been served upon Defendant herein via Certified Mail and U.S. First Class Mail, addressed as follows:

Mr. Michael Wegman
912 Quail Lane
Newark, DE  19711

*[signature]*

ROBERT S. GOLDMAN, ESQUIRE #2508