IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUD RECORDS, LLC, a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and MAVERICK RECORDING COMPANY, a California joint venture,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICHAEL WEGMAN,<br><br>    Defendant. | CIVIL ACTION No. 1:05-cv-00518-KAJ |

## DECLARATION OF ROBERT S. GOLDMAN IN SUPPORT OF

## PLAINTIFFS' REQUEST TO ENTER DEFAULT

I, Robert S. Goldman, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Delaware and this United States District Court. I am an attorney in the law firm of Phillips, Goldman & Spence, P.A., attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On July 22, 2005, Plaintiffs filed the Complaint in this case against Defendant. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court,

reflecting that Defendant was served with the Summons and Complaint on July 31, 2005, by substitute service.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4. Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6. I am informed and believe that Defendant is not an infant or incompetent person.

7. I am informed and believe that a search for Defendant's name was conducted in the U.S. Military Locator database of LexisNexis. That search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 10/18/05 at Phillips, Goldman & Spence
1200 North Broom St.
Wilmington, DE 19806

_____
Robert S. Goldman

AO 440 (Rev 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

LOUD RECORDS, LLC, a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and MAVERICK RECORDING COMPANY, a California joint venture,
      Plaintiffs,
      V
MICHAEL WEGMAN,
      Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 518

TO:
MICHAEL WEGMAN
912 Quail Lane
Newark, DE 19711

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Robert S. Goldman
Lisa C. McLaughlin
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, Delaware 19806

Tel: 302-655-4200
Fax: 302-655-4210

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

PETER T. DALLEO

CLERK

By [signature]

DATE 7/22/05

(By) DEPUTY CLERK

• AO 440 (Rev 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 7/31/05 |
| NAME OF SERVER (PRINT) ADESH RAMAN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

☒ Name of person with whom the summons and complaint were left: DROP SERVE ON MRS WEGMAN

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 7/31/05
          Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD
P O BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure