IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUD RECORDS, LLC, a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and MAVERICK RECORDING COMPANY, a California joint venture,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MICHAEL WEGMAN,<br><br>　　　　　Defendant. | CIVIL ACTION No. 1:05-cv-00518-KAJ |

## NOTICE OF ENTRY OF DEFAULT BY CLERK

TO: DEFENDANT

PLEASE TAKE NOTICE that, on November 9, 2005, the Clerk of the Court entered the default of Defendant Michael Wegman. A copy of the Default By Clerk is attached hereto as Exhibit A, and incorporated herein by this reference.

DATED: 11/10/05

By: _/s/ Robert S. Goldman_
Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle County)
Telephone: 302-655-4200
Telecopier: 302-655-4210

        Attorneys for Plaintiffs LOUD
RECORDS, LLC; BMG MUSIC; SONY
BMG MUSIC ENTERTAINMENT;
PRIORITY RECORDS LLC; UMG
RECORDINGS, INC.; and MAVERICK
RECORDING CO.

EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LOUD RECORDS, LLC, a Delaware )
corporation; BMG MUSIC, a New York )   CIVIL ACTION No. 1:05-cv-00518-KAJ
general partnership; SONY BMG MUSIC )
ENTERTAINMENT, a Delaware general )
partnership; PRIORITY RECORDS LLC, )
a California limited liability company; )
UMG RECORDINGS, INC., a Delaware )
corporation; and MAVERICK )
RECORDING COMPANY, a California )
joint venture, )
)
)
Plaintiffs, )
)
vs )
)
MICHAEL WEGMAN, )
)
Defendant )

## DEFAULT BY CLERK

It appearing from the records in this action that Summons has been served upon Defendant Michael Wegman, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Michael Wegman has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Michael Wegman hereby is entered.

DATED: Nov. 9, 2005          By: _____
                                       Deputy Clerk