IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUD RECORDS, LLC, a Delaware corporation, BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, PRIORITY RECORDS LLC, a California limited liability company, UMG RECORDINGS, INC., a Delaware corporation, and MAVERICK RECORDING COMPANY, a California joint venture,<br><br>                  Plaintiffs,<br><br>         v.<br><br>MICHAEL WEGMAN,<br><br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-518-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Oral argument on plaintiff's motion for default judgment (D.I. 9) in the above-captioned action will be heard on **November 30, 2005** beginning at 9:00 a.m. and concluding at 10:00 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

Dated:   November 23, 2005
Wilmington, Delaware