IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 NOV -9 PM 4:01

LOUD RECORDS, LLC, a Delaware )
corporation; BMG MUSIC, a New York )
general partnership; SONY BMG MUSIC )
ENTERTAINMENT, a Delaware general )
partnership; PRIORITY RECORDS LLC, )
a California limited liability company; )
UMG RECORDINGS, INC., a Delaware )
corporation; and MAVERICK )
RECORDING COMPANY, a California )
joint venture, )
)
Plaintiffs, )
)
vs. )
)
MICHAEL WEGMAN, )
)
Defendant. )
)

CIVIL ACTION No. 1:05-cv-00518-KAJ



DEC  5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## DEFAULT BY CLERK

It appearing from the records in this action that Summons has been served upon Defendant

Michael Wegman, and it further appearing from the declaration of counsel for Plaintiffs, and other

evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Michael

Wegman has failed to plead or otherwise defend in this action as directed in said Summons and as

provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Michael

Wegman hereby is entered.

DATED: _Nov. 9, 2005_          By: _____
                                          Deputy Clerk



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Mr. Michael Wegman
912 Quail Lane
Newark, DE 19711

U.S.M.S.
X-RAY

WEGM912*    197113009 1805   11  11/30/05
WEGMAN-MICHAEL-RETURN TO SENDER
          MOVED LEFT NO ADDRESS
          UNABLE TO FORWARD
          RETURN TO SENDER