# PHILLIPS, GOLDMAN & SPENCE, P. A.

JOHN C PHILLIPS JR
STEPHEN W SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P. HALL
JOSEPH J FARNAN III
BRIAN E FARNAN
MELISSA E CARGNINO

ATTORNEYS AT LAW
PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

December 8, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

    Re:    Loud Records, LLC, et al. v. Michael Wegman
           C.A. No. 05-CV-518-KAJ
           Our File: RIAA-WEG

Dear Judge Jordan:

      During the hearing on Plaintiffs' Application for Entry of Default Judgment in the above-reference case on Wednesday, November 30, 2005, Your Honor instructed me to try to reach defendant by telephone and then follow-up with a letter stressing that defendant needs to either enter his appearance, answer the complaint or notify the Court that the matter has been settled on or before December 8, 2005 at which time the Court would enter the default judgment. Please be advised that my office made numerous attempts to contact the defendant by telephone throughout the day of November 30 and December 1 without any success. Furthermore, I forwarded a letter to the defendant at his last known address relaying to him his need to comply with Your Honor's request at the risk of entry of default judgment on December 8, 2005. Enclosed is a copy of my letter. To date, the defendant has not entered his appearance, answered the complaint or contacted my clients to discuss settlement negotiations. Accordingly, my clients respectfully request that the Court enter an Order for Default Judgment in the form attached to their application papers.

                                      Respectfully submitted,

                                      ROBERT S. GOLDMAN

RSG:clb
Enclosure

# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN III
BRIAN E. FARNAN
MELISSA E. CARGNINO

PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

December 2, 2005

Mr. Michael Wegman
912 Quail Lane
Newark, DE 19711

Re: Loud Records, LLC, et al. v. Michael Wegman
C.A. No. 05-CV-518-KAJ

Dear Mr. Wegman

I represent the Plaintiffs in the above-referenced matter. During the hearing on Plaintiffs' application for entry of a default judgment against you on Wednesday, November 30, 2005, Judge Jordan instructed me to telephone you and follow up with this letter advising you that the Court will enter a default judgment for the full amount alleged in the complaint ($6,000.00 plus $295.00 for costs) on December 14, 2005 if you do not file an answer or advise the Court in writing that the matter has been settled on or before December 14, 2005. I have made numerous efforts to telephone you on November 30 and December 1, 2005 but was unable to reach you.

Please contact me if you have any questions or need any further information.

Respectfully submitted,

ROBERT S. GOLDMAN

RSG:clb